**CT Corporation**

**Service of Process Transmittal**
03/30/2018
CT Log Number 533067168

**TO:** Blake Bilstad, SVP & General Counsel
World Wrestling Entertainment, Inc.
1241 E Main St
Stamford, CT 06902-3520

**RE:** **Process Served in Florida**

**FOR:** World Wrestling Entertainment, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | DONALD ANDERSON, Pltf. vs. THADDEUS MICHAEL BULLARD SR., etc. and World Wrestling Entertainment, Inc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Request, Notice, Certificate, Interrogatories |
| **COURT/AGENCY:** | Pasco County Circuit Court, FL<br>Case # 2018CA807ES |
| **NATURE OF ACTION:** | Claim for Titus O'neal Owed Anderson A Duty To Refrain From Committing Such Tortuous Conduct And Breached That Duty By Failing To Do So, Which He Knew Or Should Have Known Would Cause Physical Injuries And Sever Emotional Distress |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/30/2018 at 16:25 |
| **JURISDICTION SERVED:** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | DEREK L. METTS<br>METTS LEGAL, P.A.<br>607 N. Wymore Road<br>Winter Park, FL 32789<br>321-422-0430 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air, 1ZX212780121702348<br><br>Image SOP<br><br>Email Notification, Meg Ytuarte  meg.ytuarte@wwecorp.com<br><br>Email Notification, James Langham  jim.langham@wwecorp.com<br><br>Email Notification, Stephanie Mecca  Stephanie.mecca@wwecorp.com<br><br>Email Notification, Blake Bilstad  blake.bilstad@wwecorp.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 1200 South Pine Island Road<br>Plantation, FL 33324 |
| **TELEPHONE:** | 954-473-5503 |

Page 1 of 1 / PC

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.


DEFENDANT'S EXHIBIT A

Filing # 69568223 E-Filed 03/21/2018 08:21:46 AM

IN CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA

DONALD ANDERSON,

    Plaintiff,

vs.

THADDEUS MICHAEL BULLARD
SR. a/k/a TITUS O'NEIL; and WORLD
WRESTLING ENTERTAINMENT, INC.,

    Defendants.
_____/

2018 CA 807 ES

**SUMMONS**

**THE STATE OF FLORIDA**
**TO EACH SHERIFF OF THE STATE:**

YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this action on WORLD WRESTLING ENTERTAINMENT, INC. pursuant to Florida law

**By Serving:**

**WORLD WRESTLING ENTERTAINMENT, INC.**
C/o CT Corporation System - RA
1200 South Pine Island Road
Plantation, Florida 33324

Each defendant is required to serve written defenses to the complaint on Derek L. Metts, Counsel for Plaintiff, Metts Legal, P.A., 607 N. Wymore Road, Winter Park, Florida, 32789, within twenty (20) days after service of this summons on that defendant exclusive of the day of service, and to file the original of the defenses with the Clerk of Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a Default will be entered against that defendant for the relief demanded in the complaint.

CLERK OF COURT
BY: _____, Deputy Clerk     DATE: 3-27-18

Filing # 69568223 E-Filed 03/21/2018 08:21:46 AM

IN CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA

DONALD ANDERSON,

    Plaintiff,

vs.

2018-CA 807ES

THADDEUS MICHAEL BULLARD
SR. a/k/a TITUS O'NEIL; and WORLD
WRESTLING ENTERTAINMENT, INC.,

    Defendants.
_____/

SUMMONS

**THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:**

YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this action on WORLD WRESTLING ENTERTAINMENT, INC. pursuant to Florida law

**By Serving:**

WORLD WRESTLING ENTERTAINMENT, INC.
C/o CT Corporation System - RA
1200 South Pine Island Road
Plantation, Florida 33324

Each defendant is required to serve written defenses to the complaint on Derek L. Metts, Counsel for Plaintiff, Metts Legal, P.A., 607 N. Wymore Road, Winter Park, Florida, 32789, within twenty (20) days after service of this summons on that defendant exclusive of the day of service, and to file the original of the defenses with the Clerk of Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a Default will be entered against that defendant for the relief demanded in the complaint.

CLERK OF COURT

BY: _____Jia Ferdon-Gaede_____, Deputy Clerk   DATE: 3-27-18