IN CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA

DONALD ANDERSON,

       Plaintiff,

vs.

THADDEUS MICHAEL BULLARD
SR. a/k/a TITUS O'NEIL; and WORLD
WRESTLING ENTERTAINMENT, INC.,

       Defendants.

_____ /

### PLAINTIFF'S NOTICE OF SERVING INTERROGATORIES TO
### DEFENDANT, WORLD WRESTLING ENTERTAINMENT, INC.

      Plaintiff, DONALD ANDERSON, by and through undersigned counsel and pursuant to

Fla.R.Civ.P. 1.340, hereby provides notice of the service of Interrogatories upon Defendant,

WORLD WRESTLING ENTERTAINMENT, INC., to be answered in accordance with

Fla.R.Civ.P. 1.340.

DEFENDANT'S
EXHIBIT
B

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing will be furnished to

a Process Server to be served simultaneously with the Complaint.

By: /s/Derek Metts
     **DEREK L. METTS**
     FBN: 081708
     **METTS LEGAL, P.A.**
     607 N. Wymore Road
     Winter Park, Florida 32789
     Tel.: 321.422.0430
     Fax.: 321.422.0499
     derek.metts@mettslegal.com
     laura.dowdell@mettslegal.com
     *Counsel for Plaintiff*

## INTERROGATORIES TO DEFENDANT

    1.      What is the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

2.    List the names and addresses of all persons who are believed or known by you, your agents, or your attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which the witness had knowledge.

3.    State the facts upon which you rely for each affirmative defense in your answer.

4.      Describe any and all policies of insurance which you contend cover or may cover you for the allegations set forth in plaintiff's complaint, detailing as to such policies the name of the insurer, the number of the policy, the effective dates of the policy, the available limits of liability, and the name and address of the custodian of the policy.

5.      Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit?  If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place, and substance of each statement.

6.    Describe in detail how the incident described in the complaint happened, including all actions taken by you to prevent the incident.

7.      Describe in detail each act or omission on the part of any party to this lawsuit that you contend constituted negligence that was a contributing legal cause of the incident in question.

8.     State the name and address of every person known to you, your agents, or your attorneys, who has knowledge about, or possession, custody, or control of videotape or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what item such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

9.      Please state if you have ever been a party, either plaintiff or defendant, in a lawsuit other than the present matter, and, if so, state whether you were plaintiff or defendant, the nature of the action, and the date and court in which such suit was filed.

10.    Do you contend any person or entity other than you is, or may be, liable in whole or part for the claims asserted against you in this lawsuit? If so, state the full name and address of each such person or entity, the legal basis for your contention, the facts or evidence upon which your contention is based, and whether or not you have notified each such person or entity of your contention.

11.     Have you made an agreement with anyone that would limit that party's liability to anyone for any of the damages sued upon in this case? If so, state the terms of the agreement and the parties to it.

**I HEREBY** swear and affirm the answers to the above and foregoing Interrogatories are true and correct.

_____

WORLD WRESTLING ENTERTAINMENT, INC.

_____

Print Name

_____

Position with Defendant

STATE OF _____

COUNTY OF _____

BEFORE ME, the undersigned authority, appeared _____, who is personally known to me or who has provided _____ as identification, and he states that the above and foregoing Answers to Interrogatories are true and correct.

SWORN TO and SUBSCRIBED before me this ____ day of _____, _____.

_____

NOTARY PUBLIC – State of _____

My Commission Expires: