## MCGUINNESS & ASSOCIATES
Torrance Executive Plaza West
3858 Carson Street, Suite 301
Torrance, California 90503
Tel: (310) 792-0495 Fax: (310) 792-0520

February 6, 2017

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Vince McMahon, Chairman & CEO
George Barrios, Chief Strategy & Financial Officer
Kevin Dunn, Executive Vice President, Television Production
World Wrestling Entertainment, Inc. d/b/a WWE
1241 E Main Street
Stamford, CT 06902

    Re:    Claim to the World Wrestling Entertainment, Inc. d/b/a WWE, for Compensable Personal Injuries.

Dear Sir (s):

    This firm has been engaged to pursue damage claims on behalf of our client Donald Anderson. Please direct all communications for Mr. Anderson to our firm.

    I.    **CASE FACTS**

    As you may be aware, on or around May 18, 2015, Mr. Anderson was engaged by Uranus Productions, which was working in conjunction with the World Wrestling Entertainment, Inc. d/b/a WWE ("WWE") to produce a "prank" television show. Mr. Anderson was filming a "prank" in which Saraya-Jade Bevis "Paige," a WWE employee, selected by the WWE as their representative to organize, manage and direct the "prank" activity, was to zap other WWE personalities with a cattle prod device. Paige provided a tour of the facility for the "prank" activity and she was tasked with selecting those specific personalities to be targeted for the prank.

    In this effort, Paige selected Thaddeus Michael Bullard Sr. "Titus O'Neil" ("Titus"), another WWE employee, and she zapped him with the cattle prod device. Once zapped by Paige, Titus became enraged and began shouting, and he then raced up to Mr. Anderson. Titus then kicked Mr. Anderson's wrist, hand and fingers, which were supporting and grasping the camera to film the prank activity.



Vince McMahon
George Barrios
Kevin Dunn
February 6, 2017

The camera along with Mr. Anderson's hand, fingers and wrist were violently propelled apart from Mr. Anderson's person by Titus' powerful blow. Directly following the incident, Mr. Anderson was told by WWE personnel that he was not safe on the premises, and had to leave immediately because Titus, a WWE employee, was unmanageable and presented an ongoing threat of harm. The WWE failed to maintain a well supervised and secure environment inside the arena, both at and after the time the incident took place.

## II. LIABILITY

Those responsible for Mr. Anderson's severe injuries include the WWE and Titus, personally. The WWE facilitated a "prank" activity within its own facilities, to promote and advance the notoriety of its enterprise. Yet, absolutely no effort was made by the WWE to ensure the safety and security of those engaged to undertake this work on the WWE premises. Any reasonable entity utilizing what is admittedly referred to as "prank" activity to promote its enterprise, would be on a rather obvious notice of the inherent risks and danger to those it has engaged to promote its enterprises.

This risk and danger element is greatly heightened by the particular environment in which the WWE facilitated the prank activity. As the WWE knew, the targets of the prank activity would be their wrestling stars, known for their violent propensities and egocentric personalities. Conducting the pranks targeting such subjects without safety and security measures constitutes gross negligence and an inexcusable disregard for life and safety by the WWE.

## III. DAMAGES

Mr. Anderson has suffered painful, severe, and debilitating injuries to his person, in a manner restricting and limiting his professional endeavors and income. Mr. Anderson's profession as director of photography necessitates his ability to hold and support the weight of a camera with adroit dexterity.

Since the incident, the condition of Mr. Anderson's wrist has continuously deteriorated. Mr. Anderson has suffered torn ligaments and a permanently restricted range of motion to his wrist. As the injuries were to his camera hand, Mr. Anderson can no longer properly handle a camera, as is required in his profession.

Moreover, Mr. Anderson has endured a long ordeal of doctor visits and medical care to diagnosis and treat what has been identified as complex physical damage requiring multiple surgeries, rehab and medications. Ultimately, his prognosis has not been favorable and significant damage appears to be permanent.

Vince McMahon
George Barrios
Kevin Dunn
February 6, 2017

### A. Direct Damages

Based on the above, this matter presents damage and claim components in several categories. The most obvious damage comprises Mr. Anderson's lost income and medical expenses in an amount presently exceeding $210,000.00.

### B. Pain and Suffering

Mr. Anderson was made to endure the associated pain and suffering attributed to his hand, fingers and wrist, all of the doctor visits and medical care, multiple surgeries, physical loss of use with respect to his wrist, and the overriding grief from his loss of and diminished capacity to perform the camera work required in his profession, all of which comprises damage in excess of $1,200,000.00.

### C. Punitive Damages

The WWE placed Mr. Anderson in an obvious position of peril, without any safeguards. Appropriate safety precautions would have been easily and conveniently arranged on the WWE's own premises. The WWE is subject to a claim for significant punitive damages, in an amount exceeding $6,000,000.00.

As I trust you can appreciate, a jury will be required to assess an appropriated level of punitive damages significant enough to create a genuine awareness within the WWE, for the institution of reasonable safety practices for its employees and visitors in the environment the WWE has created.

### IV. POTENTIAL FOR AN INFORMAL RESOLUTION

This letter is to initiate settlement discussion, if the matter is conducive to an informal resolution. In that regard, Mr. Anderson demands both a compensatory payment in the amount of $1,200,000.00, and evidence that the WWE has adopted appropriate safety policies.

### V. CONCLUSION

Mr. Anderson has an entitlement to substantial remuneration. This letter is an opportunity for the WWE to informally recognize the seriousness of its conduct and the dire consequences suffered by Mr. Anderson.

Vince McMahon
George Barrios
Kevin Dunn
February 6, 2017

    Unless we receive an appropriate response to this letter within the next ten (10) days, legal action will be initiated to formally pursue and resolve this matter through trial. I trust you can understand and appreciate our client's position as set forth above.

                                          Best Regards,

                                          Joseph G. McGuinness
                                          McGUINNESS & ASSOCIATES

2/6/2017            FedEx Ship Manager - Print Your Label(s)



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss,Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.