

New Search   Expand All

| Case Number | Filed Date | County | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|---|
| 512018CA000807CAAXES [2018CA000807CAAXES] | 03/21/2018 | PASCO | Circuit Civil 3-D | OPEN | No | Yes |

| Filing Date | Description | Active | Contested | Judgment Date |
|---|---|---|---|---|
| 03/21/2018 | Other Civil | YES | NO | - |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| GROGER, GREGORY G | JUDGE | | |
| ANDERSON, DONALD | PLAINTIFF | METTS, DEREK | 81708 |
| BULLARD, THADDEUS | DEFENDANT | | |
| WORLD WRESTLING ENTERTAINMENT | DEFENDANT | | |
| ONEIL, TITUS | ALSO KNOWN AS | | |

**Dockets**

Page : 1   10

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| 📄 | 10 | 03/27/2018 | Summons Issued And Returned To ATTORNEY ON THADDEUS MICHAEL BULLARD SR. aka TITUS O'NEIL | 1 |
| 📄 | 11 | 03/27/2018 | Summons Issued And Returned To WORLD WRESTLING ENTERTAINMENT INC | 1 |
| | 12 | 03/27/2018 | CORRESPONDENCE | 1 |
| | 1 | 03/21/2018 | Case 512018CA000807CAAXES Filed with Clerk on 3/21/2018 | |
| | 2 | 03/21/2018 | Civil Cover Sheet | 2 |
| 📄 | 3 | 03/21/2018 | Complaint AND DEMAND FOR JURY TRIAL | 21 |
| | 4 | 03/21/2018 | Copy Of UNISSUED SUMMONS | 1 |
| | 5 | 03/21/2018 | Copy Of UNISSUED SUMMONS | 1 |
| | 6 | 03/21/2018 | Notice Of Serving Interrogatories To THADDEUS MICHAEL BULLARD SR | 2 |
| | 7 | 03/21/2018 | Notice Of Serving Interrogatories To WORLD WRESTLING ENTERTAINMENT INC | 2 |

**Judge Assignment History**

**Court Events**

**Financial Summary**

**Reopen History**