UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DONALD ANDERSON, | Case No. 8:18-cv-00901-MSS-AAS |
| Plaintiff, | |
| v. | |
| THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL; and WORLD WRESTLING ENTERTAINMENT, INC., | |
| Defendants. | |

## AGREED MOTION FOR ENLARGMENT OF TIME

COMES NOW Defendant, World Wrestling Entertainment, Inc., by and through its undersigned counsel, and moves this Court for an enlargement of time to respond to the Plaintiff's Complaint, and requests an extension until April 27, 2018 in which to respond.

## CERTIFICATE OF GOOD FAITH (Local Rule 3.01(g))

The undersigned has conferred with opposing counsel and the two have agreed to the relief sought on this motion.

I HEREBY CERTIFY that on the 20th day of April, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CMIECF system which will send a notice of electronic filing, or by email, to the following:

Derek L. Metts, Esq.,
Metts Legal, P.A.,
derek.metts@mettslegal.com,
607 N. Wymore Road,
Winter Park, FL 32789,
(321) 422-0430/
(321) 422-0499 (F),
Attorney for Plaintiff, Donald Anderson.

        COLE, SCOTT & KISSANE, P.A.
        Counsel for Defendant WORLD
        WRESTLING ENTERTAINMENT, INC.
        4301 West Boy Scout Boulevard
        Suite 400
        Tampa, Florida 33607
        Telephone (813) 864-9333
        Facsimile (813) 286-2900
        Primary e-mail: Dan.Shapiro@csklegal.com
        Secondary e-mail: justin.saar@csklegal.com
        Alternate e-mail: alice.hartranft@csklegal.com

By:  s/ Justin T. Saar
      DANIEL A. SHAPIRO
      Florida Bar No.: 965960
      JUSTIN T. SAAR
      Florida Bar No.: 70512

\\bunk-tamdoc\tamdoc\180420_0001\[9922397] motion - extension of time for response to complaint.docx