UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DONALD ANDERSON, | Case No. 8:18-cv-00901-MSS-AAS |
| Plaintiff, | |
| v. | |
| THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL; and WORLD WRESTLING ENTERTAINMENT, INC., | |
| Defendants. | |

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

✓ IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

Donald Anderson v. Thaddeus Michael Bullard Sr. ("Titus O'Neil"), et al. – United States District Court, Central District of California, Case No. 2:17-cv-06671 VAP (KSx).

Donald Anderson v. Thaddeus Michael Bullard Sr., et al. – Superior Court of the State of California for the County of Los Angeles, Case No. BC 659834 (Removed to Federal Court).

    IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated: May 8, 2018.

CASE NO.: 2018-CA-807-ES

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of May, 2018, a true and correct copy of the foregoing was filed with the Clerk of Middle District of Florida, Tampa Division County by using the Florida Courts e-Filing Portal, which will send an automatic e-mail message to the following parties registered with the e-Filing Portal system: Derek L. Metts, Esq., Metts Legal, P.A., derek.metts@mettslegal.com, 607 N. Wymore Road, Winter Park, FL 32789, (321) 422-0430/(321) 422-0499 (F), Attorney for Plaintiff, Donald Anderson.

      COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant WORLD WRESTLING ENTERTAINMENT, INC.*
4301 West Boy Scout Boulevard, Suite 400
Tampa, Florida 33607
Telephone (813) 864-9333
Facsimile (813) 286-2900
Primary e-mail: Dan.Shapiro@csklegal.com
Secondary e-mail: justin.saar@csklegal.com
Alternate e-mail: alice.hartranft@csklegal.com

By: s/ Justin T. Saar
DANIEL A. SHAPIRO
Florida Bar No.: 965960
JUSTIN T. SAAR
Florida Bar No.: 70512

2138.0151-00/9858716