## Business Inquiry

### Business Details

| | | | |
|---|---|---|---|
| Business Name: | WORLD WRESTLING ENTERTAINMENT, INC. | Citizenship/State Inc: | Foreign/DE |
| Business ID: | 0222472 | Last Report Filed Year: | 2017 |
| Business Address: | 1241 E MAIN ST., STAMFORD, CT, 06902 | Business Type: | Stock |
| Mailing Address: | 1241 E MAIN ST., STAMFORD, CT, 06902 | Business Status: | Active |
| Date Inc/Registration: | Sep 27, 1988 | Name in State of INC: | WORLD WRESTLING ENTERTAINMENT, INC. |
| Annual Report Due Date: | 09/29/2018 | | |

### Principals Details

| Name/Title | Business Address | Residence Address |
|---|---|---|
| VINCENT K. MCMAHON  CEO | 1241 E MAIN ST., STAMFORD, CT, 06902 | 1241 E MAIN ST., STAMFORD, CT, 06902 |
| GEORGE BARRIOS  CFO | 1241 E MAIN ST., STAMFORD, CT, 06902 | 1241 E MAIN ST., STAMFORD, CT, 06902 |
| MARK KOWAL  VICE PRESIDENT | 1241 E MAIN ST., STAMFORD, CT, 06902 | 1241 E MAIN ST., STAMFORD, CT, 06902 |

IMPORTANT: There are more principals for this business that are not shown here.

View All Principals(6)

### Agent Summary

| | |
|---|---|
| Agent Name | C T CORPORATION SYSTEM |
| Agent Business Address | 67 BURNSIDE AVE, EAST HARTFORD, CT, 06108-3408 |
| Agent Residence Address | NONE |



DEFENDANT'S EXHIBIT B