## AFFIDAVIT OF MARK CARRANO

STATE OF CONNECTICUT )
) ss: Stamford
COUNTY OF FAIRFIELD )

**BEFORE ME**, the undersigned authority, this day personally appeared, Mark Carrano, who, after being duly sworn, deposes and says the following:

1. My name is Mark Carrano, and I am over the age of 18 and fully competent to testify as to the matters herein.

2. I have personal knowledge of the matters set forth herein.

3. Since in or around February 2015, I have been employed as the Vice President, Talent Relations of World Wrestling Entertainment, Inc. ("WWE"). In my capacity as Vice President, Talent Relations of WWE I am responsible for overseeing WWE's talent or wrestlers, including Thaddeus Bullard a/k/a Titus O'Neil.

4. I am aware of the lawsuit captioned *Donald Anderson v. Thaddeus Michael Bullard and World Wrestling Entertainment, Inc.* I submit this affidavit in support of WWE's response to Plaintiff's Motion for Remand.

5. I understand that Plaintiff's Motion for Remand asserts: "After six (6) attempts, on April 26, 2018, Defendant THADDEUS MICHAEL BULLARD, SR. a/k/a TITUS O'NEIL ("O'Neil"), was served, by substitute service, with the Complaint, See (Doc. 8). . . . Plaintiff believes that the delay in perfecting service upon O'NEIL was due to O'NEIL being in Saudi Arabia at the direction of the WWE."

6. Plaintiff's belief is false. WWE produced a show in Saudi Arabia on April 27, 2018. Mr. Bullard, like the vast majority of other WWE wrestlers performing in



DEFENDANT'S EXHIBIT A

that April 27, 2018 show, flew to Saudi Arabia on April 24, 2018.  Mr. Bullard was not in Saudi Arabia prior to April 24, 2018.

FURTHER AFFIANT SAYETH NAUGHT

_____
Mark Carrano

The foregoing instrument was acknowledged before me this ___ day of May 2018, by Mark Carrano who is personally known to me.

_____
Signature of Notary

KARRA LYN DeBOWES
NOTARY PUBLIC OF CONNECTICUT
My Commission Expires 7/31/2020

Karra Lyn DeBowes
Print name

NOTARY PUBLIC

7/31/2020
Commission