# *State Of Delaware*

Entity Details

5/8/2018 9:18:07AM

File Number: 2133300

Incorporation Date / Formation Date: 7/28/1987

Entity Name: WORLD WRESTLING ENTERTAINMENT, INC.

Entity Kind: Corporation

Entity Type: General

Residency: Domestic

State: DELAWARE

Status: Good Standing

Status Date: 6/7/2017

**Registered Agent Information**

Name: THE CORPORATION TRUST COMPANY

Address: CORPORATION TRUST CENTER

City: WILMINGTON

Country:

State: DE

Postal Code: 19801

Phone: 302-658-7581

DEFENDANT'S EXHIBIT

B