# Business Inquiry

## Business Details

| | | | |
|---|---|---|---|
| Business Name: | **WORLD WRESTLING ENTERTAINMENT, INC.** | Citizenship/State Inc: | **Foreign/DE** |
| Business ID: | **0222472** | Last Report Filed Year: | **2017** |
| Business Address: | **1241 E MAIN ST., STAMFORD, CT, 06902** | Business Type: | **Stock** |
| Mailing Address: | **1241 E MAIN ST., STAMFORD, CT, 06902** | Business Status: | **Active** |
| Date Inc/Registration: | **Sep 27, 1988** | Name in State of INC: | **WORLD WRESTLING ENTERTAINMENT, INC.** |
| Annual Report Due Date: | **09/29/2018** | | |

## Principals Details

| **Name/Title** | **Business Address** | **Residence Address** |
|---|---|---|
| VINCENT K. MCMAHON CEO | 1241 E MAIN ST., STAMFORD, CT, 06902 | 1241 E MAIN ST., STAMFORD, CT, 06902 |
| GEORGE BARRIOS CFO | 1241 E MAIN ST., STAMFORD, CT, 06902 | 1241 E MAIN ST., STAMFORD, CT, 06902 |
| MARK KOWAL VICE PRESIDENT | 1241 E MAIN ST., STAMFORD, CT, 06902 | 1241 E MAIN ST., STAMFORD, CT, 06902 |

**IMPORTANT:** There are more principals for this business that are not shown here.

View All Principals(6)

## Agent Summary

| | |
|---|---|
| Agent Name | **C T CORPORATION SYSTEM** |
| Agent Business Address | **67 BURNSIDE AVE, EAST HARTFORD, CT, 06108-3408** |
| Agent Residence Address | **NONE** |

DEFENDANT'S EXHIBIT
tabbies
C