UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONALD ANDERSON,　　　　　　　　　　Case No.: 8:18-cv-00901-MSS-AAS

　　　Plaintiff,

vs.

THADDEUS MICHAEL BULLARD
SR. a/k/a TITUS O'NEIL; and WORLD
WRESTLING ENTERTAINMENT, INC.,

　　　Defendants.
_____/

## DEFENDANT'S CONSENT OF REMOVAL TO U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

COMES NOW, the Defendant, Thaddeus M. Bullard, by and through the undersigned and hereby files this Consent to Removal of Action to the U.S. District Court for the Middle District of Florida and support thereof states:

1. That Defendant, Thaddeus M. Bullard, was served with the original complaint on or about May 1, 2018.

2. That in accordance with 28 U.S.C. sec. 1446(b), Defendant, Thaddeus M. Bullard, hereby consents to the removal of this action to the U.S. District Court for the Middle District of Florida.

3. That Defendant, Thaddeus M. Bullard, shall not be prejudiced in any way by the removal of this matter to the U.S. District Court for the Middle District of Florida.

WHEREFORE, the Defendant, Thaddeus M. Bullard, respectfully request that this matter be moved to the U.S. District Court for the Middle District of Florida pursuant to this consent.

Respectfully Submitted,

_____
MARIO E. TORRES, ESQUIRE
FLORIDA BAR NUMBER: 17908
mariotorres@torresbenet.com

torres benet
ATTORNEYS ABOGADOS

**[THIS SECTION INTENTIONALLY LEFT BLANK]**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true copy of the foregoing has been furnished on this the 30th day of May, 20 18, upon the following parties by placing the same in the United States Mail, postage prepaid, addressed to:

Derek L. Metts
Metts Legal, P.A.
320 Maitland Avenue
Altamonte Springs, Florida 32701

Daniel A. Shapiro
Justin T. Saar
Cole, Scott & Kissane, PA
4301 West Boy Scout Blvd.
Suite 400
Tampa, Florida 33607

Respectfully Submitted,

MARIO E. TORRES, ESQUIRE
FLORIDA BAR NUMBER: 17908
mariotorres@torresbenet.com

torres benet
ATTORNEYS

5308 Van Dyke Road
Lutz, Florida 33558

813.963.7770 Office | Fax
E-Service: eservice@torresbenet.com
www.torresbenet.com
ATTORNEY FOR THE DEFENDANT, T.BULLARD