UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONALD ANDERSON,  Case No.: 8:18-cv-00901-MSS-AAS

    Plaintiff,

vs.

THADDEUS MICHAEL BULLARD
SR. a/k/a TITUS O'NEIL; and WORLD
WRESTLING ENTERTAINMENT, INC.,

    Defendants.
_____/

### NOTICE OF FILING EXHIBIT "A" OF DEFENDANT'S ANSWER, AFFIRMATIVE DEFENSES, RESERVATION OF RIGHTS TO JOIN/FILE THIRD-PARTY COMPLAINT AND COUNTER-CLAIM TO PLAINTIFF'S AMENDED COMPLAINT

**COMES NOW**, MARIO TORRES, ESQUIRE, and hereby gives notice of filing **Exhibit "A"**, attached hereto, of Defendant's Answer, Affirmative Defenses, Reservation of Rights to Join/File Third-Party Complaint and Counter-Claim to Plaintiff's Amended Complaint filed for this case on June 20th, 2018.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that a true copy of the foregoing has been furnished electronically with the Clerk of the Court for the U.S. District Court for the Middle District of Florida via the CM/ECF Electronic Filing Portal which shall serve a copy via e-mail on all interested parties, on this the 21st day of June, 2018.

Respectfully Submitted,

MARIO E. TORRES, ESQUIRE
FLORIDA BAR NUMBER: 17908
mariotorres@torresbenet.com

torres benet
ATTORNEYS ABOGADOS

5308 Van Dyke Road
Lutz, Florida 33558

813.963.7770 Office | Fax
E-Service: eservice@torresbenet.com
www.torresbenet.com
ATTORNEY FOR THE DEFENDANT, T.M. BULLARD

# AFFIDAVIT OF BRIAN TERWILLIGER

STATE OF CONNECTICUT )
                                 ) ss: Stamford
COUNTY OF FAIRFIELD )

      **BEFORE ME**, the undersigned authority, this day personally appeared, Brian Terwilliger, who, after being duly sworn, deposes and says the following:

1. My name is Brian Terwilliger, and I am over the age of 18 and fully competent to testify as to the matters herein.

2. I have personal knowledge of the matters set forth herein.

3. Since in or around December 2016, I have been employed as the Vice President, Digital Development of World Wrestling Entertainment, Inc. ("WWE").

4. I submit this affidavit in support of WWE's motion to dismiss this action for lack of personal jurisdiction over WWE.

5. Defendant World Wrestling Entertainment, Inc. is incorporated under the laws of the State of Delaware, with its principal place of business in the State of Connecticut at the time the state court action was commenced and at the time the notice of removal was filed.

6. Prior to December 2016 and at the time of the events at issue, I was WWE's Vice President, Development with an emphasis on programming for the WWE Network. In that capacity, I supervised the production of the television program "Swerved" on behalf of WWE.

7. WWE entered into a contract with Uranus Production LLC a/k/a Gorilla Flicks (Uranus) to develop and produce "Swerved" to air on the WWE Network.

Exhibit "A"
Firm: torresjbenet, p.a.
Attorney: Mario E. Torres, Esquire

"Swerved" was intended to be a docu-reality program primarily featuring hidden camera pranks.

8. Uranus was responsible for generating storylines for each episode and for handling all aspects of physical production, including, without limitation, shooting, editing sound mixing, graphics and production.

9. However, WWE had ultimate determination over all significant creative aspects of "Swerved." In particular, WWE had to approve all pranks.

10. I am familiar with an incident involving WWE talent Thaddeus Bullard p/k/a Titus O'Neil that occurred during a taping of "Swerved" prior to a WWE event in Richmond, Virginia. In that incident, WWE talent Saraya-Jade Bevis p/k/a Paige was given a cattle-prod by Uranus and was directed to shock other WWE personnel and talent in the arena. Mr. Bullard was one of the talent who were shocked by the cattle-prod.

11. Plaintiff alleges that Mr. Bullard kicked him and "[t]he kick caused permanent and long term injuries to ANDERSON'S wrist and hand, and his fingers were impacted and injured for a significant initial period of time." (See Amended Complaint ¶ 19)

12. The cattle prod prank was not approved by WWE. The sketches and pranks that I had approved for that episode did not include the cattle-prod prank. At the time, my on-site liaison for Uranus, Jessica Palumbo, was in another part of the arena looking for talent to participate in one of the approved sketches for that episode when Uranus decided on its own to shoot the cattle-prod prank.

Exhibit "A"
Firm: torres|benet, p.a.
Attorney: Mario E. Torres, Esquire

13. Uranus' executive producer, Jeff Tremaine, subsequently called WWE to apologize for Uranus having performed an unapproved prank.

14. WWE talent, including Mr. Bullard and Ms. Bevis, are independent contractors and not employees.

FURTHER AFFIANT SAYETH NAUGHT

_____
Brian Terwilliger

The foregoing instrument was acknowledged before me this _11_ day of May 2018, by Brian Terwilliger who is personally known to me.

_____
Signature of Notary

Chelsea M. Walsh
Print name

NOTARY PUBLIC

Expires 12/31/18
Commission

Exhibit "A"
Firm: torresibenet, p.a.
Attorney: Mario E. Torres, Esquire