UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DONALD ANDERSON, ) | Case No. 8:18-cv-00901-MSS-AAS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THADDEUS MICHAEL BULLARD ) | |
| SR. a/k/a TITUS O'NEIL; and WORLD ) | |
| WRESTLING ENTERTAINMENT, INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## UNOPPOSED MOTION FOR LEAVE TO ALLOW DEFENDANT'S LATE FILING OF RULE 26 DISCLOSURES

COMES NOW Defendant, World Wrestling Entertainment, Inc. (hereinafter "WWE"), by and through its undersigned counsel, hereby moves this Honorable Court to allow WWE to file its Federal Rule of Civil Procedure 26 disclosures past the August 10, 2018 deadline, and requests a brief extension until August 28, 2018 in which to provide these disclosures, and in support thereof states as follows:

1. On June 6, 2018 this Honorable Court entered a Case Management Order outlining filing deadlines for this track 2 matter. (Doc. 27)

2. The Case Management Order established the parties Rule 26 disclosures to be filed by August 10, 2018.

3. At the time these deadlines were agreed to by the parties and submitted to the Court as part of the Case Management Order, WWE was, and still is, being represented by the law firm Cole, Scott & Kissane, PA. Specifically, at that time, WWE was being

represented by Justin T. Saar and Daniel A. Shapiro. Mr. Saar was the primary attorney assigned the defense of this case.

4. In July 2018 Mr. Saar left Cole, Scott & Kissane, PA to join a new law firm. Unfortunately, in the transferring of Mr. Saar's files to new counsel within the firm, the Rule 26 Disclosure deadline in this matter was mistakenly neither calendared for the newly assigned attorney or Mr. Shapiro and the appropriate Notice of Appearance was inadvertently not filed.

5. As soon as undersigned counsel was made aware of the issues concerning the Notice of Appearance and missed disclosure deadline, he contacted opposing counsel to apologize and advise of the mistake, began preparation of the required disclosure and drafted this motion to seek leave of this Honorable Court to allow an extension of filing these disclosures until August 28, 2018.

6. Undersigned counsel has conferred with counsel for the Plaintiff and Co-Defendant in writing on August 23 and 24, 2018 and has been advised there is no objection to the requested relief sought herein.

7. Undersigned counsel is also working with Mr. Saar to have the appropriate Motion to Withdraw drafted and filed with this Honorable Court as Mr. Saar will no longer be involved in the representation of WWE at his new firm.

8. Counsel for WWE apologizes to the Court and the parties for this oversight and any inconvenience it may have caused.

WHEREFORE, the Defendant, WORLD WRESTLING ENTERTAINMENT, INC. respectfully requests that this Court enter an Order granting this Unopposed Motion and any such other relief that this Court finds just and proper.

CASE NO.: 2018-CA-807-ES

## **CERTIFICATE OF GOOD FAITH (Local Rule 3.01(g))**

This request is being made in good faith and not for purposes of delay. The parties have conferred and there is no objection to the requested relief asked for in this motion.

I HEREBY CERTIFY that on the 24th day of August, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CMIECF system which will send a notice of electronic filing, or by email, to the following:

Derek L. Metts, Esq.,
Metts Legal, P.A.,
derek.metts@mettslegal.com,
607 N. Wymore Road,
Winter Park, FL 32789,
(321) 422-0430/
(321) 422-0499 (F),
Attorney for Plaintiff, Donald Anderson.

Mario E. Torres
TORRES BENET, P.A.
mariotorres@torresbenet.com
5308 Van Dyke Road
Lutz, Florida 33558
Tel.: 813.963.7770
Fax.: 813.963.7770
Attorney for Co-Defendant Thaddeus Michael Bullard
a/k/a Titus O'Neil

COLE, SCOTT & KISSANE, P.A.
Counsel for Defendant WORLD
WRESTLING ENTERTAINMENT, INC.
4301 West Boy Scout Boulevard
Suite 400
Tampa, Florida 33607
Telephone (813) 864-9333
Facsimile (813) 286-2900
Primary e-mail: Dan.Shapiro@csklegal.com
Secondary e-mail:
christopher.donegan@csklegal.com
Alternate e-mail:  bethany.goodrow@csklegal.com

CASE NO.: 2018-CA-807-ES

                     By:   s/ Christopher J. Donegan
                             DANIEL A. SHAPIRO
                             Florida Bar No.: 965960
                             CHRISTOPHER J. DONEGAN
                             Florida Bar No.: 100703

\\bunk-tamdoc\tamdoc\180420_0001\[9922397] motion - extension of time for response to complaint.docx