UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DONALD ANDERSON, | Case No. 8:18-cv-00901 MSS-AAS |
| Plaintiff, | |
| v. | |
| THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL; and WORLD WRESTLING ENTERTAINMENT, INC., | |
| Defendants. | |

## **DEFENDANT'S NOTICE OF APPEARANCE**

Daniel A. Shapiro, Esq. and Dorice R. Voecks, Esq. of COLE, SCOTT & KISSANE, P.A. hereby give notice of their appearance on behalf of Defendant, WORLD WRESTLING ENTERTAINMENT, INC., and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of October, 2018, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant WORLD WRESTLING ENTERTAINMENT, INC.*
4301 West Boy Scout Boulevard
Suite 400
Tampa, Florida 33607
Telephone (813) 864-9333
Facsimile (813) 286-2900
Primary e-mail: Daniel.Shapiro@csklegal.com
Secondary e-mail: dorice.voecks@csklegal.com
Alternate e-mail: keila.cruzcorrea@csklegal.com

By: s/ Dorice R. Voecks
DANIEL A. SHAPIRO
Florida Bar No.: 965960
DORICE R. VOECKS
Florida Bar No.: 117991

2138.0151-00/11571449