## Alice G. Hartranft

| | |
|---|---|
| From: | cmecf_flmd_notification@flmd.uscourts.gov |
| Sent: | Thursday, May 03, 2018 10:58 AM |
| To: | cmecf_flmd_notices@flmd.uscourts.gov |
| Subject: | Activity in Case 8:18-cv-00901-MSS-AAS Anderson v. Bullard et al Order on motion to dismiss |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

Middle District of Florida

### Notice of Electronic Filing

The following transaction was entered on 5/3/2018 at 10:58 AM EDT and filed on 5/3/2018
**Case Name:**   Anderson v. Bullard et al
**Case Number:**   8:18-cv-00901-MSS-AAS
**Filer:**
**Document Number:** 11(No document attached)

**Docket Text:**
**ENDORSED ORDER DENYING AS MOOT [5] Defendant World Wrestling Entertainment, Inc.'s Motion to Dismiss. In light of Plaintiff's having filed an Amended Complaint as a matter of course, Defendant's motion is denied as moot. Defendant shall be free to reassert any of the challenges raised therein to the extent that they remain viable against the Amended Complaint. Signed by Judge Mary S. Scriven on 5/3/2018. (JLN)**


**8:18-cv-00901-MSS-AAS Notice has been electronically mailed to:**

Daniel Ari Shapiro     shapiro@csklegal.com, Barchie@csklegal.com

Derek L. Metts     derek.metts@mettslegal.com

Justin Travis Saar     justin.saar@csklegal.com, alice.hartranft@csklegal.com

**8:18-cv-00901-MSS-AAS Notice has been delivered by other means to:**