UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONALD ANDERSON,                              Case No.: 8:18-cv-00901-MSS-AAS

    Plaintiff,

vs.

THADDEUS MICHAEL BULLARD
SR. a/k/a TITUS O'NEIL; and WORLD
WRESTLING ENTERTAINMENT, INC.,

    Defendants.
_____/

**PLAINTIFF'S REQUEST FOR PRODUCTION TO
DEFENDANT, WORLD WRESTLING ENTERTAINMENT, INC.**

Plaintiff, DONALD ANDERSON, by and through his undersigned counsel, hereby requests Defendant, WORLD WRESTLING ENTERTAINMENT, INC., produce the following documents and items for inspection and copying:

**DEFINITIONS**

1. The term "person" means any natural person, individual, proprietorship, partnership, corporation, association, organization, joint venture, firm, other business enterprise, governmental body, or subdivision, group of natural persons, or other entity.

2. The term "document" or "documents" includes, but is not limited to, all writings, letters, notes, memoranda, reports, summaries, appraisals, information stored in any electronic or computer device, data compilations, computer printouts, emails, or programs, negotiable instruments, checks, bank statements, deposit receipts or confirmations, ledgers, deeds, contracts, mortgages, agreements, invoices, receipts, telegrams, telexes, facsimiles, and all other things which constitute, record or contain information or data, or from which it can be derived.

3. The term "identify" or "identity," when used in reference to (a) a natural person, means to state his or her full name and residential and business addresses; (b) a corporation, means to state its name and any names under which it does business, state of incorporation, the address

of its principle place of business, and the address of its offices in Florida; (c) a business, means to state the full name under which the business is conducted, its business address, the type of business in which it is engaged in, the geographic areas in which it conducts those businesses, and the identity of the person or persons who own, operate and control the business; (d) a document means to state the number of pages and the nature of the document (e.g., letter or memoranda, or its title, if descriptive), date, its author(s) and recipient(s), its present location and custodian(s) and any identifying production number (such as a Bates machine number) assigned it by the custodian of the original; (e) a communication, if any part of the communication is written, means to identify the document(s) which evidence(s) the communication, and, to the extent that the communication was unwritten, to identify the persons participating in the communication and to state the approximate date, place and subject matter of the communication.

4. The word "concerning" includes referring to, relating to, with respect to, embodying, evidencing, connected with, commenting on, responding to, showing, describing, analyzing, reflecting or constituting.

5. The word "and" and "or" as used herein, are both conjunctive and disjunctive.

6. All words in the present tense include the past, and all words in the past tense include the present.

7. As used herein, the singular shall include the plural, the plural shall include the singular, and the masculine, feminine and neuter shall include each of the other genders.

8. The word "you" or "your" means the Defendant, WORLD WRESTLING ENTERTAINMENT, INC., and the person preparing the response to this request to produce." You" includes any agent, attorney or employee of the person preparing the response to this request to produce.

## REQUEST FOR PRODUCTION

1. Any and all insurance agreements or policies under which any persons or entities carrying on an insurance business may be liable to satisfy part or all of a judgment which may be rendered in this action.

2. Copies of any and all statements and/or reports made by Plaintiff concerning the subject matter of this lawsuit.

3. Copies of any and all statements and/or reports made by Defendant, THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL, concerning the subject matter of this lawsuit.

4. Copies of any and all statements and/or reports made by Defendant, PAIGE a/k/a SARAYA-JADE BEVIS, concerning the subject matter of this lawsuit.

5. Copies of any and all statements and/or reports made by anyone concerning the subject matter of this lawsuit.

6. A copy of any surveillance movies, videos, photographs, etc. depicting any part of the incident alleged to have occurred within the Amended Complaint.

7. A copy of any surveillance movies, videos, photographs, etc. depicting Defendant, THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL, on May 18, 2015.

8. A copy of any surveillance movies, videos, photographs, etc. depicting Plaintiff on May 18, 2015.

9. A copy of any surveillance movies, videos, photographs, etc. depicting PAIGE a/k/a SARAYA-JADE BEVIS on May 18, 2015.

10. Any and all videos and photographs taken by anyone during the taping of "Swerved" on May 18, 2015.

11. Any and all videos and photographs taken by anyone during the taping of "Superstars" on May 18, 2015.

12. Any and all written agreements in effect on May 18, 2015 between THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL and WORLD WRESTLING ENTERTAINMENT, INC.

13. Any and all written agreements within the possession, custody and control of the WORLD WRESTLING ENTERTAINMENT, INC. in effect on May 18, 2015 between THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL and anyone concerning THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL'S performance in the "Superstars" television show on or about May 18, 2015.

14. Any and all written agreements within the possession, custody and control of the WORLD WRESTLING ENTERTAINMENT, INC. in effect on May 18, 2015 between THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL and anyone concerning THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL'S performance in "Swerved" on or about May 18, 2015.

15. Any and all written agreements in effect on May 18, 2015 between PAIGE a/k/a SARAYA-JADE BEVIS and WORLD WRESTLING ENTERTAINMENT, INC.

16. Any and all written agreements within the possession, custody and control of the WORLD WRESTLING ENTERTAINMENT, INC. in effect on May 18, 2015 between PAIGE a/k/a SARAYA-JADE BEVIS and anyone concerning PAIGE a/k/a SARAYA-JADE BEVIS'S performance in the "Superstars" television show on or about May 18, 2015.

17. Any and all written agreements within the possession, custody and control of the WORLD WRESTLING ENTERTAINMENT, INC. in effect on May 18, 2015 between PAIGE a/k/a SARAYA-JADE BEVIS and anyone concerning PAIGE a/k/a SARAYA-JADE BEVIS'S performance in "Swerved" on or about May 18, 2015.

18. Any and all written agreements between WORLD WRESTLING ENTERTAINMENT, INC. and anyone concerning the performance of the "Superstars"

television show on May 18, 2015 at the Richmond Coliseum, including, but not limited to any and all written agreements with the Richmond Coliseum and/or its owners/representatives.

19. Any and all written agreements that allowed the WORLD WRESTLING ENTERTAINMENT, INC. to be present within the Richmond Coliseum on May 18, 2015.

20. Any and all written agreements between WORLD WRESTLING ENTERTAINMENT, INC. and anyone concerning the taping and production of "Swerved" on May 18, 2015.

21. Any and all reports, communications and/or documents prepared by WORLD WRESTLING ENTERTAINMENT, INC. and or its agents/representatives which refer in any way to this incident described in Plaintiff's Complaint and/or the facts or circumstances leading up to and following said incident.

22. All documents of any kind concerning any action (formal or informal) by any supervisor or manager or anyone working by or on behalf of WORLD WRESTLING ENTERTAINMENT, INC. directed to THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL for the purpose of teaching, counseling, disciplining, correcting or otherwise managing THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL.  This includes but is not limited to all disciplinary actions and the contents of all disciplinary folders or files of any kind by whatever name called.

23. All documents of any kind concerning any action (formal or informal) by any supervisor or manager or anyone working by or on behalf of WORLD WRESTLING ENTERTAINMENT, INC. directed to PAIGE a/k/a SARAYA-JADE BEVIS for the purpose of teaching, counseling, disciplining, correcting or otherwise managing PAIGE a/k/a SARAYA-

JADE BEVIS. This includes but is not limited to all disciplinary actions and the contents of all disciplinary folders or files of any kind by whatever name called.

24. Copies of all documents concerning any complaint, criticism or concern raised by any person or entity regarding any anger management issues that THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL possessed.

25. Copies of all documents concerning any complaint, criticism or concern raised by any person or entity regarding THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL.

26. Copies of all documents concerning any complaint, criticism or concern raised by any person or entity regarding PAIGE a/k/a SARAYA-JADE BEVIS.

27. All documents concerning any evaluation of THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL performed by WORLD WRESTLING ENTERTAINMENT, INC. that has not been produced in response to the preceding Requests.

28. All documents concerning any evaluation of PAIGE a/k/a SARAYA-JADE BEVIS performed by WORLD WRESTLING ENTERTAINMENT, INC. that has not been produced in response to the preceding Requests.

29. Any and all documents that demonstrate what THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL was doing on May 18, 2015.

30. Any and all documents that demonstrate what PAIGE a/k/a SARAYA-JADE BEVIS was doing on May 18, 2015.

31. Any and all correspondences or communications (including email) that the WORLD WRESTLING ENTERTAINMENT, INC. and/or its agents/representatives have had with any person or entity, other than your lawyers, involving the incidents raised within Plaintiff's Complaint.

32. Copies of all WORLD WRESTLING ENTERTAINMENT, INC. policies, procedures, rules, guidelines, directives, manuals, handbooks and instructions that were in effect on May 18, 2015 concerning any responsibilities required to be performed by THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL.

33. Copies of all WORLD WRESTLING ENTERTAINMENT, INC. policies, procedures, rules, guidelines, directives, manuals, handbooks and instructions that were in effect on May 18, 2015 concerning any responsibilities required to be performed by PAIGE a/k/a SARAYA-JADE BEVIS.

34. Copies of all WORLD WRESTLING ENTERTAINMENT, INC. policies, procedures, rules, guidelines, directives, manuals, handbooks and instructions that were in effect on May 18, 2015 concerning the taping and/or production of "Swerved."

35. Copies of all WORLD WRESTLING ENTERTAINMENT, INC. policies, procedures, rules, guidelines, directives, manuals, handbooks and instructions that were in effect on May 18, 2015 concerning the taping and/or production of "Superstars."

36. A copy of documents showing the hierarchy of managerial positions at WORLD WRESTLING ENTERTAINMENT, INC. and who occupied such positions as of May 18, 2015 and presently.

37. Any and all documents showing the dates that THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL and/or PAIGE a/k/a SARAYA-JADE BEVIS trained at the Performance Center in Orlando, Florida between 2013 and 2017.

38. Any and all videos of THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL and/or PAIGE a/k/a SARAYA-JADE BEVIS training at the Performance Center in Orlando, Florida between 2013 and 2017.

39.     Any and all training materials provided by WRESTLING ENTERTAINMENT, INC. to THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL and/or PAIGE a/k/a SARAYA-JADE BEVIS concerning training at the Performance Center in Orlando, Florida.

40.     Any and all policies and/or procedures provided by WRESTLING ENTERTAINMENT, INC. to THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL and/or PAIGE a/k/a SARAYA-JADE BEVIS concerning training at the Performance Center in Orlando, Florida.

41.     Any and all written agreements between WRESTLING ENTERTAINMENT, INC. and THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL and/or PAIGE a/k/a SARAYA-JADE BEVIS concerning training at the Performance Center in Orlando, Florida.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was served on this 26th day of September, 2018 through electronic mail to **Daniel A. Shapiro, Esq.**, Cole, Scott & Kissane, P.A., 4301 West Boy Scout Boulevard, Suite 400, Tampa, Florida 33607, at dan.shapiro@csklegal.com, christopher.donegan@csklegal.com, and alice.hartranft@csklegal.com, *Counsel for Defendant*, WORLD WRESTLING ENTERTAINMENT, INC; and to **Mario E. Torres, Esq.**, Torres Benet, 5308 Van Dyke Road, Lutz, Florida 33558, at mariotorres@torresbenet.com and eservice@torresbenet.com, *Counsel for Defendant*, THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL.

By:/s/*Derek Metts*
**DEREK L. METTS**
FBN: 081708
**METTS LEGAL, P.A.**
320 Maitland Avenue
Altamonte Springs, Florida
Tel.: 321.422.0430
Fax.: 321.422.0499
derek.metts@mettslegal.com
laura.dowdell@mettslegal.com
*Counsel for Plaintiff*