UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DONALD ANDERSON, ) | Case No. 8:18-cv-00901-MSS-AAS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THADDEUS MICHAEL BULLARD ) | |
| SR. a/k/a TITUS O'NEIL; and WORLD ) | |
| WRESTLING ENTERTAINMENT, INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC'S RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION

COMES NOW, Defendant, World Wrestling Entertainment, Inc. (hereinafter "WWE"), and files this Notice of Serving Answers to Plaintiff's First Request for Production propounded in this matter.

## Certificate of Service

I HEREBY CERTIFY that on the 30th day of October, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM\ECF system which will send a notice of electronic filing, or by email, to the following:

Derek L. Metts, Esq.,
Metts Legal, P.A.,
derek.metts@mettslegal.com,
607 N. Wymore Road,
Winter Park, FL 32789,
(321) 422-0430/
(321) 422-0499 (F),
Attorney for Plaintiff, Donald Anderson.

Mario E. Torres

CASE NO.: 2018-CA-807-ES

TORRES BENET, P.A.
mariotorres@torresbenet.com
5308 Van Dyke Road
Lutz, Florida 33558
Tel.: 813.963.7770
Fax.: 813.963.7770
Attorney for Co-Defendant Thaddeus Michael Bullard
a/k/a Titus O'Neil

        COLE, SCOTT & KISSANE, P.A.
        Counsel for Defendant WORLD
        WRESTLING ENTERTAINMENT, INC.
        4301 West Boy Scout Boulevard
        Suite 400
        Tampa, Florida 33607
        Telephone (813) 864-9333
        Facsimile (813) 286-2900
        Primary e-mail: Dan.Shapiro@csklegal.com
        Secondary e-mail: dorice.voecks@csklegal.com
        Alternate e-mail:  bethany.goodrow@csklegal.com

By:  s/ Dorice R. Voecks
      DANIEL A. SHAPIRO
      Florida Bar No.:  965960
      DORICE R. VOECKS
      Florida Bar No.:  117991