UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DONALD ANDERSON, ) | Case No. 8:18-cv-00901-MSS-AAS |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THADDEUS MICHAEL BULLARD ) | |
| SR. a/k/a TITUS O'NEIL; and WORLD ) | |
| WRESTLING ENTERTAINMENT, INC., ) | |
| ) | |
|     Defendants. ) | |
| _____) | |

**WORLD WRESTLING ENTERTAINMENT, INC'S NOTICE OF SERVING ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

COMES NOW, Defendant, World Wrestling Entertainment, Inc. (hereinafter "WWE"), and files this Notice of Serving Answers to PLAINTIFF's First Set of Interrogatories propounded in this matter.

**Certificate of Service**

I HEREBY CERTIFY that on the 30th day of October, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CMIECF system which will send a notice of electronic filing, or by email, to the following:

Derek L. Metts, Esq.,
Metts Legal, P.A.,
derek.metts@mettslegal.com,
607 N. Wymore Road,
Winter Park, FL 32789,
(321) 422-0430/
(321) 422-0499 (F),
Attorney for Plaintiff, Donald Anderson.

**COLE, SCOTT & KISSANE, P.A.**
4301 WEST BOY SCOUT BOULEVARD  -  SUITE 400  -  TAMPA, FLORIDA 33607  -  (813) 289-9300  -  (813) 286-2900 FAX

CASE NO.: 2018-CA-807-ES

Mario E. Torres
TORRES BENET, P.A.
mariotorres@torresbenet.com
5308 Van Dyke Road
Lutz, Florida 33558
Tel.: 813.963.7770
Fax.: 813.963.7770
Attorney for Co-Defendant Thaddeus Michael Bullard
a/k/a Titus O'Neil

        COLE, SCOTT & KISSANE, P.A.
        Counsel for Defendant WORLD
        WRESTLING ENTERTAINMENT, INC.
        4301 West Boy Scout Boulevard
        Suite 400
        Tampa, Florida 33607
        Telephone (813) 864-9333
        Facsimile (813) 286-2900
        Primary e-mail: Dan.Shapiro@csklegal.com
        Secondary e-mail: dorice.voecks@csklegal.com
        Alternate e-mail:  bethany.goodrow@csklegal.com

By:  s/ Dorice R. Voecks
      DANIEL A. SHAPIRO
      Florida Bar No.:  965960
      DORICE R. VOECKS
      Florida Bar No.:  117991