UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONALD ANDERSON,   Case No.: 8:18-cv-00901-MSS-AAS

    Plaintiff,

vs.

THADDEUS MICHAEL BULLARD
SR. a/k/a TITUS O'NEIL; and WORLD
WRESTLING ENTERTAINMENT, INC.,

    Defendants.

_____ /

**PLAINTIFF'S MOTION TO COMPEL
DEFENDANT, THADDEUS MICHAEL BULLARD, SR.,
TO RESPONED TO REQUEST TO PRODUCE AND INTERROGATORIES**

    Plaintiff, DONALD ANDERSON, by and through undersigned counsel and pursuant to Rule 37, Federal Rules of Civil Procedure and Rule 3.04, Local Rules for the Middle District of Florida, respectfully requests this Court enter an Order directing Defendant, THADDEUS MICHAEL BULLARD, SR. a/k//a TITUS O'NEIL, to respond to Plaintiff's Request to Produce and Interrogatories, and in support, states the following:

    1.    On March 21, 2018, Plaintiff initiated this action against Defendant, THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL ("BULLARD"), after Plaintiff was physically attacked by BULLARD.

    2.    On June 15, 2018, this Court entered its Case Management and Scheduling Order (Doc. 27) requiring Mandatory Initial Disclosures be completed by August 10, 2018, which BULLARD and Plaintiff complied with.

    3.    On September 26, 2018, Plaintiff served BULLARD with Interrogatories and Request for Production, which are attached to this Motion to Compel as **Exhibit "A."**

4. Prior to the responses being due to these discovery requests, BULLARD'S counsel's office contacted undersigned's office and requested a one (1) week extension to respond, which undersigned agreed to.

5. On November 5, 2018, BULLARD'S counsel's office contacted undersigned's office again and requested an additional one (1) week extension to respond, which undersigned agreed to as well.

6. After the second one (1) week extension had passed, BULLARD'S counsel contacted undersigned by telephone and requested an additional extension until November 30, 2018 to provide the discovery responses, which undersigned agreed to.

7. Despite being provided three (3) extensions, BULLARD failed to provide Plaintiff with the discovery responses.

8. On November 30, 2018, undersigned sent an email to BULLARD'S counsel requesting that the discovery responses be provided no later than December 6, 2018. A copy of this email is attached hereto as **Exhibit "B."**

9. BULLARD'S counsel did not respond to this email and Plaintiff has still not received BULLARD'S discovery responses.

## MEMORANDUM OF LAW

Pursuant to Federal Rules of Civil Procedure 33(b)(2) and 34(b)(2), a party served with Interrogatories and a request to produce documents must serve answers and any objections within 30 days after being served with these discovery requests. Although the parties agreed to a longer period of time for BULLARD to respond to the discovery, BULLARD still did not respond within the agreed upon time frame. Pursuant to Federal Rule of Civil Procedure 37(a)(1), a party may move for an order compelling disclosure or discovery when a party fails to

answer an interrogatory under Rule 33 or fails to produce documents under Rule 34. Here, BULLARD has not provided any response to Plaintiff's Interrogatories or Request for Production.

## CONCLUSION

Plaintiff respectfully requests that this Court enter an Order directing BULLARD to comply with his basic discovery obligation by responding to Plaintiff's Interrogatories and Request to Produce, and to grant any further relief the Court deems necessary and appropriate under the circumstances.

## RULE 37 CERTIFICATION

Undersigned counsel certifies that undersigned has in good faith conferred with BULLARD'S counsel in an effort to obtain the requested discovery without court action and to date has been unable to obtain the requested discovery responses from BULLARD.

## RULE 3.01(g) CERTIFICATION

Undersigned counsel hereby certifies that undersigned conferred with counsel for BULLARD and an agreement on the resolution of the issues raised in this motion could not be reached.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was served on this 10th day of December, 2018 through electronic mail to **Daniel A. Shapiro, Esq.**, Cole, Scott & Kissane, P.A., 4301 West Boy Scout Boulevard, Suite 400, Tampa, Florida 33607, at dan.shapiro@csklegal.com, christopher.donegan@csklegal.com, dorice.voecks@csklegal.com and alice.hartranft@csklegal.com, *Counsel for Defendant*, WORLD WRESTLING ENTERTAINMENT, INC; and to **Mario E. Torres, Esq.**, Torres Benet, 5308 Van Dyke Road, Lutz, Florida 33558, at mariotorres@torresbenet.com and eservice@torresbenet.com, *Counsel for Defendant*, THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL.

/s/ *Derek Metts*
**DEREK L. METTS**
FBN: 081708
**METTS LEGAL, P.A.**
320 Maitland Avenue
Altamonte Springs, Florida 32701
Tel.: 321.422.0430
Fax.: 321.422.0499
derek.metts@mettslegal.com
laura.dowdell@mettslegal.com
*Counsel for Plaintiff*