UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONALD ANDERSON,                              Case No.: 8:18-cv-00901-MSS-AAS

    Plaintiff,

vs.

THADDEUS MICHAEL BULLARD
SR. a/k/a TITUS O'NEIL; and WORLD
WRESTLING ENTERTAINMENT, INC.,

    Defendants.
_____ /

**PLAINTIFF'S NOTICE OF SERVING INTERROGATORIES TO
DEFENDANT, THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL**

    Plaintiff, DONALD ANDERSON, by and through undersigned counsel, hereby provides notice of the service of Interrogatories upon Defendant, THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL, to be answered in accordance with the Federal Rules of Civil Procedure.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was served on this 26th day of September, 2018 through electronic mail to **Daniel A. Shapiro, Esq.**, Cole, Scott & Kissane, P.A., 4301 West Boy Scout Boulevard, Suite 400, Tampa, Florida 33607, at dan.shapiro@csklegal.com, christopher.donegan@csklegal.com, and alice.hartranft@csklegal.com, *Counsel for Defendant*, WORLD WRESTLING ENTERTAINMENT, INC; and to **Mario E. Torres, Esq.**, Torres Benet, 5308 Van Dyke Road, Lutz, Florida 33558, at mariotorres@torresbenet.com and eservice@torresbenet.com, *Counsel for Defendant*, THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL.

         By:/s/*Derek Metts*
         **DEREK L. METTS**
         FBN: 081708
         **METTS LEGAL, P.A.**
         320 Maitland Avenue
         Altamonte Springs, Florida
         Tel.: 321.422.0430
         Fax.: 321.422.0499
         derek.metts@mettslegal.com
         laura.dowdell@mettslegal.com
         *Counsel for Plaintiff*

**INTERROGATORIES TO DEFENDANT,
THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL**

1. List the names and addresses of all persons who are believed or known by you, your agents, or your attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which the witness had knowledge.

      2.      State the facts upon which you rely for each affirmative defense in your answer.

      3.      Describe any and all policies of insurance which you contend cover or may cover you for the allegations set forth in plaintiff's complaint, detailing as to such policies the name of the insurer, the number of the policy, the effective dates of the policy, the available limits of liability, and the name and address of the custodian of the policy.

4. Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit? If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place, and substance of each statement.

5. Describe in detail how the incident described in the complaint happened, including all actions taken by you to prevent the incident.

6. Describe in detail each act or omission on the part of any party to this lawsuit that you contend constituted negligence that was a contributing legal cause of the incident in question.

    7. Were you charged with any violation of law (including any regulations or ordinances) arising out of the incident described in the complaint? If so, what was the nature of the charge; what plea or answer, if any, did you enter to the charge; what court or agency heard the charge; was any written report prepared by anyone regarding the charge, and, if so, what is the name and address of the person or entity who prepared the report; do you have a copy of the report; and was the testimony at any trial, hearing, or other proceeding on the charge recorded in any manner, and, if so, what is the name and address of the person who recorded the testimony?

8. State the name and address of every person known to you, your agents, or your attorneys, who has knowledge about, or possession, custody, or control of videotape or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what item such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

9. Please state if you have ever been a party, either plaintiff or defendant, in a lawsuit other than the present matter, and, if so, state whether you were plaintiff or defendant, the nature of the action, and the date and court in which such suit was filed.

10. Do you contend any person or entity other than you is, or may be, liable in whole or part for the claims asserted against you in this lawsuit? If so, state the full name and address of each such person or entity, the legal basis for your contention, the facts or evidence upon which your contention is based, and whether or not you have notified each such person or entity of your contention.

11. Have you made an agreement with anyone that would limit that party's liability to anyone for any of the damages sued upon in this case? If so, state the terms of the agreement and the parties to it.

12. List all former names and when you were known by those names. State all addresses where you have lived for the past 10 years, the dates you lived at each address, your Social Security number, your date of birth, and, if you are or have ever been married, the name of your spouse or spouses.

13. Have you ever been convicted of a crime, other than any juvenile adjudication, which under the law under which you were convicted was punishable by death or imprisonment in excess of 1 year, or that involved dishonesty or a false statement regardless of the punishment? If so, state as to each conviction the specific crime and the date and place of conviction.

I HEREBY swear and affirm the answers to the above and foregoing Interrogatories are true and correct.

_____
THADDEUS MICHAEL BULLARD, SR.
a/k/a TITUS O'NEIL

STATE OF _____

COUNTY OF _____

BEFORE ME, the undersigned authority, appeared _____, who is personally known to me or who has provided _____ as identification, and he states that the above and foregoing Answers to Interrogatories are true and correct.

SWORN TO and SUBSCRIBED before me this \_\_\_\_ day of _____, _____.

_____
NOTARY PUBLIC – State of _____

My Commission Expires: