**Subject:** Donald Anderson v. Thaddeus Michael Bullard aka Titus O'Neil and World Wrestling Entertainment, Inc.
**Date:** Friday, November 30, 2018 at 4:15:21 PM Eastern Standard Time
**From:** Derek L. Metts
**To:** Mario E. Torres, Esq.

Mario:

When we talked on the phone before Thanksgiving, you stated you would send me the responses to the RFP and Interrogatories by the end of this week.  I not received any responses to date and will need them no later than December 6, 2018.

Also, I have sent you a few requests to schedule your client[1]s deposition with no success.  Please provide me with 3 dates in January that he will be available.  Thanks.


**DEREK L. METTS, ESQ.**
METTS LEGAL, P.A.
320 Maitland Avenue
Altamonte Springs, Florida 32701
Tel.: 321-422-0430
Fax: 321-422-0499
Derek.Metts@MettsLegal.com

Confidentiality Notice: This communication is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It is legally privileged (including attachments) and is intended only for the use of the individual(s) or entity(ies) to which it is addressed. It may contain information that is confidential, proprietary, privileged, and/or exempt from disclosure under applicable law. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us so that we may take the appropriate action and avoid troubling you further. If you are not the intended recipient(s), please destroy this message, and any attachments, and notify the sender by return e-mail. Thank you for your cooperation.