UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONALD ANDERSON,                                  Case No.: 8:18-cv-00901-MSS-AAS

    Plaintiff,

vs.

THADDEUS MICHAEL BULLARD
SR. a/k/a TITUS O'NEIL; and WORLD
WRESTLING ENTERTAINMENT, INC.,

    Defendants.
_____/

## NOTICE OF SERVING RESPONSE TO REQUEST FOR PRODUCTION

    COMES NOW, the Defendant, THADDEUS M. BULLARD SR. A/K/A TITUS O'NEIL, by and through the undersigned and hereby gives notice of serving his response to the request for production served on him on or about September 26, 2018.

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY**, that a true copy of the foregoing has been furnished on this the 11th day of December 2018, on the below parties via the e-filing CM/ECF portal which constitutes appropriate service.

| | |
|---|---|
| Derek L. Metts | Daniel A. Shapiro |
| Metts Legal, P.A. | Justin T. Saar |
| 320 Maitland Avenue | Cole, Scott & Kissane, PA |
| Altamonte Springs, Florida 32701 | 4301 West Boy Scout Blvd. |
| | Suite 400 |
| | Tampa, Florida 33607 |

                                     Respectfully Submitted,

                                     /s/ Mario E. Torres, Esquire
                                     **MARIO E. TORRES, ESQUIRE**
                                     FLORIDA BAR NUMBER: 17908
                                     mariotorres@torresbenet.com

                                     5308 Van Dyke Road
                                     Lutz, Florida 33558

                                     813.963.7770 Office | Fax
                                     E-Service: eservice@torresbenet.com
                                     www.torresbenet.com
                                     ATTORNEY FOR THE DEFENDANT, T.BULLARD

NOTICE OF SERVING RESPONSE TO RTP    1
Anderson v. Bullard, et. al., Case No.: 8:18-cv-00901-MSS-AAS
Firm: torres|benet, p.a.; Atty: Mario E. Torres, Esq.