UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONALD ANDERSON,

    Plaintiff,

v().                                            Case No.: 8:18-cv-901-T-35AAS

THADDEUS MICHAEL BULLARD
SR. a/k/a TITUS O'NEIL, and WORLD
WRESTLING ENTERTAINMENT, INC.,

    Defendants.
_____/

## ORDER

Donald Anderson ("Anderson") moves for an order directing Thaddeus Michael Bullard Sr. a/k/a Titus O'Neil ("Bullard") to provide responses to Anderson's Request to Produce and Interrogatories. (Doc. 43). According to the motion, Bullard has not provided these discovery responses.[1] (*Id.*). Bullard has not responded to the motion, even after being directed by the court to do so. (Doc. 46).

Accordingly, it is **ORDERED** that Anderson's Motion to Compel Bullard to Respond to Request for Production and Interrogatories (Doc. 43) is **GRANTED**. Bullard must provide Anderson with discovery responses by **February 8, 2019**.

---

[1] Although discovery is stayed as to the World Wrestling Entertainment, Inc., it is not stayed as to Bullard. (*See* Doc. 42).

1

**ORDERED** in Tampa, Florida on January 23rd, 2019.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge