UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONALD ANDERSON,                                  Case No.: 8:18-cv-00901-MSS-AAS

    Plaintiff,

vs.

THADDEUS MICHAEL BULLARD
SR. a/k/a TITUS O'NEIL; and WORLD
WRESTLING ENTERTAINMENT, INC.,

    Defendants.
_____/

## NOTICE OF COMPLIANCE WITH MOTION TO COMPEL

COMES NOW, the Defendant, THADDEUS M. BULLARD SR. A/K/A TITUS O'NEIL, by and through the undersigned and hereby gives notice of compliance with Plaintiff's Motion to Compel Defendant, Thaddeus Michael Bullard, Sr., to Respond to Request to Produce and Interrogatories filed with this court on December 10th, 2018. Compliance occurred via email on the below dates:

1.    On December 11th, 2018, served Plaintiff's Attorney, Derek Metts Esq., at derek.metts@mettslegal.com, Thaddeus Michael Bullard, Sr's Answers to Interrogatories and Request to Produce served on Defendant on or about September 26th, 2018.

2.    On January 7th, 2019, served Plaintiff's Attorney, Derek Metts Esq., at derek.metts@mettslegal.com, Thaddeus Michael Bullard, Sr's Verified Answers to Interrogatories served on Defendant on or about September 26th, 2018.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that a true copy of the foregoing has been furnished on this the 24th day of January, 2019, on the below parties via the e-filing CM/ECF portal which constitutes appropriate service.

NOTICE OF COMPLIANCE WITH MOTION TO COMPEL    1
Anderson v. Bullard, et. al., Case No.: 8:18-cv-00901-MSS-AAS
Firm: torres|benet, p.a.; Atty: Mario E. Torres, Esq.

| | |
|---|---|
| Derek L. Metts<br>Metts Legal, P.A.<br>320 Maitland Avenue<br>Altamonte Springs, Florida 32701 | Daniel A. Shapiro<br>Justin T. Saar<br>Cole, Scott & Kissane, PA<br>4301 West Boy Scout Blvd.<br>Suite 400<br>Tampa, Florida 33607 |

Respectfully Submitted,

/s/ Mario E. Torres, Esquire
**MARIO E. TORRES, ESQUIRE**
FLORIDA BAR NUMBER: 17908
mariotorres@torresbenet.com

5308 Van Dyke Road
Lutz, Florida 33558

813.963.7770 Office | Fax
E-Service: eservice@torresbenet.com
www.torresbenet.com
ATTORNEY FOR THE DEFENDANT, T.BULLARD

NOTICE OF COMPLIANCE WITH MOTION TO COMPEL
Anderson v. Bullard, et. al., Case No.: 8:18-cv-00901-MSS-AAS
Firm: torres|benet, p.a.; Atty: Mario E. Torres, Esq.

2