UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONALD ANDERSON,                                          Case No.: 8:18-cv-00901-MSS-AAS

       Plaintiff,

vs.

THADDEUS MICHAEL BULLARD
SR. a/k/a TITUS O'NEIL; and WORLD
WRESTLING ENTERTAINMENT, INC.,

       Defendants.
_____/

## DEFENDANT'S EXPERT WITNESS DISCLOSURE

**COMES NOW,** Defendant, THADDEUS MICHAEL BULLARD SR., a/k/a TITUS O'NEIL, by and through the undersigned counsel and hereby provides his Expert Witness Disclosure and states as follows:

1. Any and all expert witnesses called by Plaintiff.
2. Any and all expert witnesses called by other Defendant/s.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that a true copy of the foregoing has been furnished on this the 15th day of February, 2019, on the below parties via the e-filing CM/ECF portal which constitutes appropriate service.

Derek L. Metts  
Metts Legal, P.A.  
320 Maitland Avenue  
Altamonte Springs, Florida 32701  

Daniel A. Shapiro  
Justin T. Saar  
Cole, Scott & Kissane, PA  
4301 West Boy Scout Blvd.  
Suite 400  
Tampa, Florida 33607  

Respectfully Submitted,

/s/ Mario E. Torres, Esquire  
**MARIO E. TORRES, ESQUIRE**  
FLORIDA BAR NUMBER: 17908  
mariotorres@torresbenet.com  

5308 Van Dyke Road  
Lutz, Florida 33558  

813.963.7770 Office | Fax  
E-Service: eservice@torresbenet.com  
www.torresbenet.com  
ATTORNEY FOR THE DEFENDANT, T.BULLARD

Defendant's Expert Witness List                                                                                                              1
Anderson v. Bullard, et. al., Case No.: 8:18-cv-00901-MSS-AAS
Firm: torres|benet, p.a.; Atty: Mario E. Torres, Esq.