UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONALD ANDERSON,                                              Case No.: 8:18-cv-00901-MSS-AAS

    Plaintiff,

vs.

THADDEUS MICHAEL BULLARD
SR. a/k/a TITUS O'NEIL; and WORLD
WRESTLING ENTERTAINMENT, INC.,

    Defendants.
_____/

## JOINT STATUS REPORT

    The parties, DONALD ANDERSON, THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL, and WORLD WRESTLING ENTERTAINMENT, INC., hereby file this Joint Status Report in response to the Court's Order dated February 12, 2019 (Doc. 49), and state as follows:

    1.    Mediation was scheduled in this matter to take place on January 9, 2019. Before the scheduled mediation date, it came to the parties attention that the mediation was not correctly scheduled with the mediator. Specifically, the mediator is in Orlando and required that he be booked the entire day to attend a mediation in Tampa. The mediator was only booked for the morning in this matter and already had another mediation scheduled for the afternoon. Accordingly, the parties needed to reschedule the mediation.

    2.    Mediation has been rescheduled to take place on March 13, 2019 with James A. Murman, Esq. as the mediator.

    Respectfully submitted this 18th day of February, 2019.

| | |
|---|---|
| /s/*Derek Metts* | /s/ *Dorice Voeks* |
| **DEREK L. METTS** | **DORICE R. VOEKS** |
| FBN: 081708 | FBN: 117991 |
| **METTS LEGAL, P.A.** | **COLE, SCOTT & KISSANE, P.A.** |
| 320 Maitland Avenue | 4301 West Boy Scout Blvd., Ste. 400 |
| Altamonte Springs, Florida 32701 | Tampa, Florida 33607 |
| Tel.: 321.422.0430 | Tel.: 813.864.9343 |
| Fax.: 321.422.0499 | Fax.: 813.286.2900 |
| derek.metts@mettslegal.com | justin.saar@csklegal.com |
| laura.dowdell@mettslegal.com | alice.hartranft@csklegal.com |
| *Counsel for Plaintiff* | *Counsel for WWE* |

/s/ *Mario Torres*
**MARIO E. TORRES**
FBN: 17908
**TORRES BENET, P.A.**
5308 Van Dyke Road
Lutz, Florida 33558
Tel.: 813.963.7770
Fax.: 813.963.7770
mariotorres@torresbenet.com
*Counsel for Bullard*