UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DONALD ANDERSON,**

    **Plaintiff,**

v.                                           **Case No: 8:18-cv-901-T-35AAS**

**THADDEUS MICHAEL BULLARD, SR.**
**and WORLD WRESTLING**
**ENTERTAINMENT, INC.,**

    **Defendants.**

## ORDER

**THIS CAUSE** comes before the Court for consideration of Defendant World Wrestling Entertainment, Inc.'s Motion to Dismiss, (Dkt. 17), and Plaintiff's Response in opposition. (Dkt. 19) Upon consideration of all relevant filings, case law, and being otherwise fully advised, Defendant World Wrestling Entertainment, Inc.'s Motion to Dismiss, (Dkt. 17) is **DENIED WITHOUT PREJUDICE**.

In light of the Court's Order Granting Plaintiff's Motion for Jurisdictional Discovery, (Dkt. 56), Plaintiff is **DIRECTED** to file a supplemental response to the Motion to Dismiss once jurisdictional discovery is completed, but **no later than May 10, 2019**. Thereafter, the Motion to Dismiss will be reinstated and Defendant World Wrestling Entertainment, Inc. may file a Reply **within fourteen (14) days** of the date the supplemental response is filed.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of March, 2019.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person