UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONALD ANDERSON,

    Plaintiff,

vs.

THADDEUS MICHAEL BULLARD
SR. a/k/a TITUS O'NEIL; and WORLD
WRESTLING ENTERTAINMENT, INC.,

    Defendants.
_____/

Case No.: 8:18-cv-00901-MSS-AAS

## AFFIDAVIT OF DONALD ANDERSON

STATE OF CALIFORNIA

COUNTY OF NEVADA

BEFORE ME, the undersigned authority, this date personally appeared DONALD ANDERSON who, being duly sworn, deposes and states as follows:

1. My name is DONALD ANDERSON. I am over the age of eighteen (18) and am otherwise competent to provide this affidavit.

2. The information stated within this affidavit is based upon my own personal knowledge.

3. Prior to May 18, 2015, URANUS PRODUCTIONS, LLC a/k/a GORILLA FLICKS ("GORILLA FLICKS") was hired by Defendant, WORLD WRESTLING ENTERTAINMENT, INC. ("WWE"), to develop and produce a television show for WWE'S programming channel/network.

4. The show was titled "Swerved" and was intended to be a docu-reality program primarily featuring hidden camera pranks.

5. On or about May 18, 2015, I was working for GORILLA FLICKS as a camera man to film the show Swerved in Virginia.

6. I had no role in determining what prank(s) would be featured on that episode. I also had no role in determining what individuals would be involved with the prank(s) being featured in that episode.

7. While this episode of Swerved was being filmed, SARAYA-JADE BEVIS a/k/a PAIGE ("BEVIS") gained possession of a cattle prod. I did not give BEVIS the cattle prod and I did not instruct anyone to give BEVIS the cattle prod.

8. I then witnessed BEVIS shock Defendant, THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL ("BULLARD"), with the cattle prod. I never discussed with anyone BEVIS shocking BULLARD before the incident took place. I never instructed BEVIS to shock BULLARD with the cattle prod. I never had an agreement with anyone for BEVIS to shock BULLARD with the cattle prod.

9. At the time BEVIS shocked BULLARD, I had no personal stake in the activities taking place that day which were separate and distinct from the interests of GORILLA FLICKS. I was there solely on behalf of GORILLA FLICKS to act as the camera man for the show Swerved.

10. Neither myself, nor anyone from GORILLA FLICKS, shocked BULLARD with a cattle prod.

STATE OF CALIFORNIA

COUNTY OF NEVADA

BEFORE ME, the undersigned authority, this day personally appeared DONALD ANDERSON, who being first duly sworn, declared under penalties of perjury, that he has read the foregoing Affidavit and that the facts stated in it are true.

_____
DONALD ANDERSON

The foregoing instrument was acknowledged before me this ____ day of March, 2019, by DONALD ANDERSON, who is personally known to me or who has produced _____ as identification.

*see attached "all purpose acknowledgment" from Notary*

_____
SIGNATURE OF NOTARY

_____
Print Name

# ALL-PURPOSE ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Nevada_ } SS.

On _3-25-2019_, before me, _Ashly McDougall_, Notary Public, personally appeared _Donald Alan Anderson_, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.**

WITNESS my hand and official seal.

_[Notary seal: ASHLY MCDOUGALL, Notary Public - California, Sutter County, Commission # 2269770, My Comm. Expires Dec 4, 2022]_

_[Signature: Ashly McDougall]_
NOTARY'S SIGNATURE

PLACE NOTARY SEAL IN ABOVE SPACE

## OPTIONAL INFORMATION

The information below is optional. However, it may prove valuable and could prevent fraudulent attachment of this form to an unauthorized document.

**CAPACITY CLAIMED BY SIGNER (PRINCIPAL)**
- [X] INDIVIDUAL
- [ ] CORPORATE OFFICER _____ TITLE(S)
- [ ] PARTNER(S)
- [ ] ATTORNEY-IN-FACT
- [ ] GUARDIAN/CONSERVATOR
- [ ] SUBSCRIBING WITNESS
- [ ] OTHER: _____

SIGNER (PRINCIPAL) IS REPRESENTING:
NAME OF PERSON(S) OR ENTITY(IES)

**DESCRIPTION OF ATTACHED DOCUMENT**
_Affidavit of Donald Anderson_
TITLE OR TYPE OF DOCUMENT

_3_
NUMBER OF PAGES

_March 25, 2019_
DATE OF DOCUMENT

OTHER
RIGHT THUMBPRINT OF SIGNER
_[thumbprint]_

APA 01/2015    NOTARY BONDS, SUPPLIES AND FORMS AT HTTP://WWW.VALLEY-SIERRA.COM    © 2005-2017 VALLEY-SIERRA INSURANCE