UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONALD ANDERSON,                                    Case No.: 8:18-cv-00901-MSS-AAS

    Plaintiff,

vs.

THADDEUS MICHAEL BULLARD
SR. a/k/a TITUS O'NEIL; and WORLD
WRESTLING ENTERTAINMENT, INC.,

    Defendants.
_____/

## MOTION FOR EXTENSION OF DISCOVERY DEADLINE

COMES NOW, the Defendant, THADDEUS M. BULLARD SR. A/K/A TITUS O'NEIL, by and through the undersigned and hereby files this Motion for Extension of Discovery Deadline and in support thereof states the following:

1. That a Discovery Deadline was established for March 29, 2019 within the Case Management and Scheduling Report (Document 27) on July 15, 2018.

2. That on May 14, 2018, Defendant, WORLD WRESTLING ENTERTAINMENT, INC., filed a Motion to Dismiss with Incorporated Memorandum of Law (Document 17).

3. That on October 24, 2018, Defendant, WORLD WRESTLING ENTERTAINMENT, INC., filed a Motion to Stay Discovery Due to Pending Motion to Dismiss (Document 36).

4. That on November 13, 2018, The Court entered an Order granting Defendant, WORLD WRESLTING ENTERTAINMENT, INC.'s Motion to Stay Discovery Due to Pending Motion to Dismiss (Document 42).

5. That on March 15, 2019, the Court entered an Order (Document 57) denying without prejudice the Motion to Dismiss filed by WORLD WRESTLING ENTERTAINMENT, INC.

6. That Defendant, THADDEUS MICHAEL BULLARD SR, waited for the Court to Rule on the Motion to Stay Discovery and Motion to Dismiss filed by Defendant, WORLD WRESTLING ENTERTAINMENT, INC., in order to avoid duplicating discovery requests.

Motion for Extension of Discovery Deadline    1
Anderson v. Bullard, et. al., Case No.: 8:18-cv-00901-MSS-AAS
Firm: torres|benet, p.a.; Atty: Mario E. Torres, Esq.

7. That Defendant, THADDEUS MICHAEL BULLARD SR, believes that an extension to July 1st, 2019, would enable him to conduct meaningful discovery pertinent to his defense.

8. That allowing an extension to the discovery deadline would not prejudice the other parties and would promote judicial economy and efficiency.

WHEREFORE, Defendant, THADDEUS MICHAEL BULLARD SR, respectfully requests that this Honorable Court enter an Order which grants this Motion and extends the Discovery Deadline for this matter to July 1st, 2019 and to grant such further relief that this Court finds just and proper.

## CERTIFICATE OF GOOD FATH (Local Rule 3.01(g))

This request is being made in good faith and not for purposes of delay. Counsel for WORLD WRESTLING ENTERTAINMENT, INC. has no objection to the requested relief asked for in this motion. Counsel for Bullard reached out to Counsel for Anderson for his position on this Motion but was informed that he would be unavailable until Monday, April 1st. 2019.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that a true copy of the foregoing has been furnished on this the 29th day of March, 2019, on the below parties via the e-filing CM/ECF portal which constitutes appropriate service.

| | |
|---|---|
| Derek L. Metts<br>Metts Legal, P.A.<br>320 Maitland Avenue<br>Altamonte Springs, Florida 32701 | Daniel A. Shapiro<br>Justin T. Saar<br>Cole, Scott & Kissane, PA<br>4301 West Boy Scout Blvd.<br>Suite 400<br>Tampa, Florida 33607 |

Respectfully Submitted,

/s/ Mario E. Torres, Esquire
**MARIO E. TORRES, ESQUIRE**
FLORIDA BAR NUMBER: 17908
mariotorres@torresbenet.com

5308 Van Dyke Road
Lutz, Florida 33558

813.963.7770 Office | Fax
E-Service: eservice@torresbenet.com
www.torresbenet.com
ATTORNEY FOR THE DEFENDANT, T.BULLARD

Motion for Extension of Discovery Deadline
Anderson v. Bullard, et. al., Case No.: 8:18-cv-00901-MSS-AAS
Firm: torres|benet, p.a.; Atty: Mario E. Torres, Esq.

2