UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DONALD ANDERSON, | Case No. 8:18-cv-00901-MSS-AAS |
| Plaintiff, | |
| v. | |
| THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL; and WORLD WRESTLING ENTERTAINMENT, INC., | |
| Defendants. | |

## MOTION FOR ENLARGMENT OF TIME

COMES NOW Defendant, World Wrestling Entertainment, Inc. (hereinafter "WWE"), by and through its undersigned counsel, hereby moves this Honorable Court to for an extension of time for WWE to extend the deadline for any dispositive, *Daubert* and/or *Markman* motions until the discovery stay is lifted, and in support thereof states as follows:

1. On June 15, 2018 this Honorable Court entered a Case Management Order outlining filing deadlines for this track 2 matter. (Doc. 27)

2. The Case Management Order established the deadline for any Dispositive Motions, *Daubert* and *Markman* motions as April 1, 2019.

3. On May 14, 2018. WWE filed their Amended Motion to Dismiss and Incorporated Memorandum of Law. This motion to dismiss is based on WWE's asserted claims that the venue lacks personal jurisdiction over WWE. (Doc. 17)

4. In order to preserve their asserted claims of lack of personal jurisdiction, WWE filed their Motion to Stay Discovery on October 24, 2018.

CASE NO.: 2018-CA-807-ES

5. On November 13, 2018, the Court granted WWE's Motion to Stay Discovery and ordered the discovery stay to last until WWE's Motion to Dismiss was decided on by the Court.

6. As such, WWE has not been able to conduct any discovery in this case including any discovery regarding Plaintiff's disclosed expert's qualifications and Plaintiff's injuries or how the alleged accident occurred. WWE is unable to determine whether any *Daubert* or dispositive motions need to be filed until discovery can be completed.

WHEREFORE, the Defendant, WORLD WRESTLING ENTERTAINMENT, INC. respectfully requests that this Court enter an Order granting this Unopposed Motion and any such other relief that this Court finds just and proper

**CERTIFICATE OF GOOD FAITH (Local Rule 3.01(g))**

This request is being made in good faith and not for purposes of delay. The parties have conferred and there is no objection from Mr. Torres to the requested relief asked for in this motion. At the time of filing and due to the time-sensitive nature of this filing, Mr. Metts did not express whether he objected to this motion or not at the time of filing.

I HEREBY CERTIFY that on the 1st day of April, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CMIECF system which will send a notice of electronic filing, or by email, to the following:

Derek L. Metts, Esq.,
Metts Legal, P.A.,
derek.metts@mettslegal.com,
607 N. Wymore Road,
Winter Park, FL 32789,
(321) 422-0430/
(321) 422-0499 (F),
Attorney for Plaintiff, Donald Anderson.

Mario E. Torres

2

TORRES BENET, P.A.
mariotorres@torresbenet.com
5308 Van Dyke Road
Lutz, Florida 33558
Tel.: 813.963.7770
Fax.: 813.963.7770
Attorney for Co-Defendant Thaddeus Michael Bullard
a/k/a Titus O'Neil

        COLE, SCOTT & KISSANE, P.A.
        Counsel for Defendant WORLD
        WRESTLING ENTERTAINMENT, INC.
        4301 West Boy Scout Boulevard
        Suite 400
        Tampa, Florida 33607
        Telephone (813) 864-9333
        Facsimile (813) 286-2900
        Primary e-mail: Dan.Shapiro@csklegal.com
        Secondary e-mail: dorice.voecks@csklegal.com
        Alternate e-mail:  keila.cruzcorrea@csklegal.com

By:  s/ Dorice R. Voecks
      DANIEL A. SHAPIRO
      Florida Bar No.:  965960
      DORICE R. VOECKS
      Florida Bar No.:  117991