UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DONALD ANDERSON, ) | Case No. 8:18-cv-00901-MSS-AAS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THADDEUS MICHAEL BULLARD ) | |
| SR. a/k/a TITUS O'NEIL; and WORLD ) | |
| WRESTLING ENTERTAINMENT, INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC'S RESPONSE
TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION**

COMES NOW, Defendant, World Wrestling Entertainment, Inc. (hereinafter "WWE"), and files this Notice of Serving Answers to Plaintiff's Second Request for Production propounded in this matter. Defendant World Wrestling Entertainment, Inc. ("WWE") respectfully submits the following objections and responses (the "Responses") to Plaintiff's Second Request for Production (the "Requests").

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 12th day of April, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CMIECF system which will send a notice of electronic filing, or by email, to the following:

Derek L. Metts, Esq.,
Metts Legal, P.A.,
derek.metts@mettslegal.com,
607 N. Wymore Road,
Winter Park, FL 32789,

(321) 422-0430/
(321) 422-0499 (F),
Attorney for Plaintiff, Donald Anderson.

Mario E. Torres
TORRES BENET, P.A.
mariotorres@torresbenet.com
5308 Van Dyke Road
Lutz, Florida 33558
Tel.: 813.963.7770
Fax.: 813.963.7770
Attorney for Co-Defendant Thaddeus Michael Bullard
a/k/a Titus O'Neil

        COLE, SCOTT & KISSANE, P.A.
        Counsel for Defendant WORLD
        WRESTLING ENTERTAINMENT, INC.
        4301 West Boy Scout Boulevard
        Suite 400
        Tampa, Florida 33607
        Telephone (813) 864-9333
        Facsimile (813) 286-2900
        Primary e-mail: Dan.Shapiro@csklegal.com
        Secondary e-mail: dorice.voecks@csklegal.com
        Alternate e-mail:  bethany.goodrow@csklegal.com

By:  s/ Dorice R. Voecks
      DANIEL A. SHAPIRO
      Florida Bar No.:  965960
      DORICE R. VOECKS
      Florida Bar No.:  117991