UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DONALD ANDERSON, ) | Case No. 8:18-cv-00901-MSS-AAS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THADDEUS MICHAEL BULLARD ) | |
| SR. a/k/a TITUS O'NEIL; and WORLD ) | |
| WRESTLING ENTERTAINMENT, INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**WORLD WRESTLING ENTERTAINMENT, INC'S NOTICE OF SERVING ANSWERS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES**

COMES NOW, Defendant, World Wrestling Entertainment, Inc. (hereinafter "WWE"), and files this Notice of Serving Answers to PLAINTIFF's Second Set of Interrogatories propounded in this matter.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 12th day of April, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CMIECF system which will send a notice of electronic filing, or by email, to the following:

Derek L. Metts, Esq.,
Metts Legal, P.A.,
derek.metts@mettslegal.com,
607 N. Wymore Road,
Winter Park, FL 32789,
(321) 422-0430/
(321) 422-0499 (F),
Attorney for Plaintiff, Donald Anderson.

Case No. 8:18-cv-00901-MSS-AAS

Mario E. Torres
TORRES BENET, P.A.
mariotorres@torresbenet.com
5308 Van Dyke Road
Lutz, Florida 33558
Tel.: 813.963.7770
Fax.: 813.963.7770
Attorney for Co-Defendant Thaddeus Michael Bullard
a/k/a Titus O'Neil

                                  COLE, SCOTT & KISSANE, P.A.
                                  Counsel for Defendant WORLD
                                  WRESTLING ENTERTAINMENT, INC.
                                  4301 West Boy Scout Boulevard
                                  Suite 400
                                  Tampa, Florida 33607
                                  Telephone (813) 864-9333
                                  Facsimile (813) 286-2900
                                  Primary e-mail: Dan.Shapiro@csklegal.com
                                  Secondary e-mail: dorice.voecks@csklegal.com
                                  Alternate e-mail: bethany.goodrow@csklegal.com

                    By:   s/ Dorice R. Voecks
                                  DANIEL A. SHAPIRO
                                  Florida Bar No.: 965960
                                  DORICE R. VOECKS
                                  Florida Bar No.: 117991