UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONALD ANDERSON,            Case No.: 8:18-cv-00901-MSS-AAS

    Plaintiff,

vs.

THADDEUS MICHAEL BULLARD
SR. a/k/a TITUS O'NEIL; and WORLD
WRESTLING ENTERTAINMENT, INC.,

    Defendants.
_____/

## DEFENDANT/COUNTERCLAIM-PLAINTIFF'S RESPONSE TO PLAINTIFF/COUNTERCLAIM-DEFENDANT'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED.R.CIV.P. 56(d)

COMES NOW, the Defendant/Counterclaim-Plaintiff, THADDEUS M. BULLARD SR. A/K/A TITUS O'NEIL ("BULLARD"), by and through the undersigned, and pursuant to Rule 56(d) of the Federal Rules of Civil Procedure hereby responds to Plaintiff/Counterclaim-Defendant's Motion for Summary Judgment by showing that BULLARD requires additional discovery as set forth in the Affidavit of MARIO TORRES submitted concurrently herewith to be able to fully and fairly respond to the Motion for Summary Judgment, and in support thereof states the following:

1.     That on March 29, 2019, Plaintiff filed a Motion for Summary Judgment (Document 58) against the Counter-Claims raised by Defendant, THADDEUS M. BULLARD SR. A/K/A TITUS O'NEIL (hereinafter "BULLARD"), within his Answer, Affirmative Defenses, Reservation of Rights to Join/File Third-Party Complaint and Counter-Claim to Plaintiff's Amended Complaint (Document 28) filed on June 19, 2018.

2.     That on March 29th, 2019, BULLARD filed a Motion for Extension of Discovery Deadline (Document 59) because in light of the still pending Motion to Dismiss (Document 17) filed by Defendant, WORLD WRESTLING ENTERTAINMENT, INC. ("WWE"), and the Motion to Stay Discovery Due to Pending Motion to Dismiss (Document 36) filed by WWE, which was granted by the Court (Document 42), BULLARD waited for the Court to rule on WWE's Motion to Dismiss in order to avoid duplicating discovery requests.

Response to Motion for Summary Judgment Pursuant to Rule 56(d)
Anderson v. Bullard, et. al., Case No.: 8:18-cv-00901-MSS-AAS
Firm: torres|benet, p.a.; Atty: Mario E. Torres, Esq.

1

3. That on April 4th, 2019, the Court granted BULLARD's Motion for Extension of Discovery Deadline and extended the discovery deadline until July 1, 2019 with the notation that "[a]n Amended Case Management and Scheduling Order will be entered by separate order." (Document 61).

4. That pursuant to Rule 56(d) of the Federal Rules of Civil Procedure, the Court should defer ruling on the Motion for Summary Judgment because BULLARD is unable to present facts necessary at this time to justify his opposition to the Motion for Summary Judgment. Specifically, as set forth in the Declaration of MARIO TORRES submitted concurrently herewith, BULLARD requires, among other things, (a) the deposition of the Plaintiff; (b) the production of documents by third party URANUS/GORILLA FLICKS; (c) the deposition of the authorized representative(s) of third party URANUS/GORILLA FLICKS; and (d) the opportunity to conduct discovery of other employees, contractors and/or agents of URANUS/GORILLA FLICKS with whom Plaintiff/Counterclaim-Defendant conspired, whose identities may arise out of the foregoing discovery.

5. That allowing BULLARD the time necessary to conduct additional discovery will not prejudice the other parties and promotes judicial economy and efficiency.

6. That pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff must show an absence of a genuine issue within BULLARD's counter-claims.

7. That BULLARD believes that the issues raised within his counter-claims are genuine issues and that an extension to the discovery deadline will enable him to discover necessary evidence to support his allegations.

WHEREFORE, Defendant, THADDEUS MICHAEL BULLARD SR, respectfully requests that this Honorable Court defer ruling on Plaintiff/Counterclaim-Defendant's Motion for Summary Judgment to allow BULLARD the opportunity to conduct additional discovery to be able to fully and fairly respond to the Motion for Summary Judgment.

### CERTIFICATE OF GOOD FATH (Local Rule 3.01(g))

This request is being made in good faith and not for purposes of delay. Counsel for WORLD WRESTLING ENTERTAINMENT, INC. has no objection to the requested relief asked for in this motion.

[THIS SECTION INTENTIONALLY LEFT BLANK]

Response to Motion for Summary Judgment Pursuant to Rule 56(d)
Anderson v. Bullard, et. al., Case No.: 8:18-cv-00901-MSS-AAS
Firm: torres|benet, p.a.; Atty: Mario E. Torres, Esq.

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that a true copy of the foregoing has been furnished on this the 12th day of April, 2019, on the below parties via the e-filing CM/ECF portal which constitutes appropriate service.

| | |
|---|---|
| Derek L. Metts<br>Metts Legal, P.A.<br>320 Maitland Avenue<br>Altamonte Springs, Florida 32701 | Daniel A. Shapiro<br>Justin T. Saar<br>Cole, Scott & Kissane, PA<br>4301 West Boy Scout Blvd.<br>Suite 400<br>Tampa, Florida 33607 |

Respectfully Submitted,

MARIO E. TORRES, ESQUIRE
FLORIDA BAR NUMBER: 17908
mariotorres@torresbenet.com

torres|benet
ATTORNEYS ABOGADOS

5308 Van Dyke Road
Lutz, Florida 33558

813.963.7770 Office | Fax
E-Service: eservice@torresbenet.com
www.torresbenet.com
ATTORNEY FOR THE DEFENDANT, T.BULLARD

Response to Motion for Summary Judgment Pursuant to Rule 56(d)
Anderson v. Bullard, et. al., Case No.: 8:18-cv-00901-MSS-AAS
Firm: torres|benet, p.a.; Atty: Mario E. Torres, Esq.

3