UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONALD ANDERSON,                                   Case No.: 8:18-cv-00901-MSS-AAS

       Plaintiff,

vs.

THADDEUS MICHAEL BULLARD
SR. a/k/a TITUS O'NEIL; and WORLD
WRESTLING ENTERTAINMENT, INC.,

       Defendants.
_____/

## AFFIDAVIT OF MARIO TORRES IN SUPPORT OF DEFENDANT/COUNTERCLAIM-PLAINTIFF'S RESPONSE TO PLAINTIFF/COUNTERCLAIM-DEFENDANT'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED.R.CIV.P. 56(d)

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

**BEFORE ME,** the undersigned Notary, GREGORY MESCALL, on this 12th day of April, 2019, personally appeared MARIO TORRES, known to me to be a credible person and of lawful age, who being by me first duly sworn, on his oath, deposes and says:

1.    That I, MARIO TORRES, am an adult resident of Lutz, Florida.

2.    That I have personally reviewed Defendant/Counterclaim-Plaintiff's Response to Plaintiff/Counterclaim-Defendant's Motion for Summary Judgment Pursuant to Fed.R.Civ.P. 56(D).

3.    That the facts as stated in the Response accurately reflect the position of Defendant, THADDEUS MICHAEL BULLARD, SR., a/k/a TITUS O'NEIL (hereinafter "BULLARD").

4.    That at present, Defendant, BULLARD, is unable to present the facts necessary to justify his opposition to Plaintiff's Motion for Summary Judgment and Memorandum of Law filed by Plaintiff (Document 58) against the Counter-Claims raised by BULLARD in his Answer, Affirmative Defenses, Reservation of Rights to Join/File Third-Party Complaint and Counter-Claim to Plaintiff's Amended Complaint (Document 28) filed on June 19, 2018.

5.    That BULLARD specifically wishes to conduct the following discovery and expects to find the following information in order to adequately respond to the instant motion:

Affidavit in Support of Response to Motion for Summary Judgment Pursuant to Fed.R.Civ.P. 56(D)
Anderson v. Bullard, et. al., Case No.: 8:18-cv-00901-MSS-AAS
Firm: torres|benet, p.a.; Atty: Mario E. Torres, Esq.

1

a.      Depose Plaintiff, DONALD ANDERSON, to learn about the extent of the injury alleged, all facts leading up to the alleged incident, to inquire about other productions that he has been a part of that involve the assault and battery of an unsuspecting individual and the specific ways in which Plaintiff conspired with other employees, contractors and/or agents of URANUS/GORILLA FLICKS to assault and batter BULLARD.

b.      Depose WWE Superstar, PAIGE, a/ka, SARAYA-JADE BEVIS, to learn about her involvement in the alleged incident and to what extent she was directed by URANUS/GORILLA   FLICKS,   and   employees,   contractors   and/or   agents   of URANUS/GORILLA FLICKS, to assault and batter BULLARD.

c.      Depose BRIAN TERWILLIGER, Vice President of Digital Development for WORLD WRESTLING ENTERTAINMENT, INC. (hereinafter "WWE") to learn about the nature of the agreement by and between WWE and URANUS/GORILLA FLICKS for the planning, production and shooting of the show "SWERVED" and its relation to the conspiracy among employees, contractors and/or agents of URANUS/GORILLA FLICKS to assault and batter BULLARD and to inquire about the business practices of URANUS/GORILLA FLICKS and whether or not they routinely film individuals being assaulted and battered without their consent.

d.      Depose BEN PLUIMER, Director for URANUS/GORILLA FLICKS, to learn details about the planning, production and shooting of the show "SWERVED" and its relation to the conspiracy among employees, contractors and/or agents of URANUS/GORILLA FLICKS to assault and batter BULLARD.

e.      Depose JEFF TREMAIN, Executive Producer of URANUS/GORILLA FLICKS, to learn details about the planning, production and shooting of the show "SWERVED" and its relation to the conspiracy among employees, contractors and/or agents of URANUS/GORILLA FLICKS to assault and batter BULLARD.

f.      Depose BARRY SMOLLER, Producer of URANUS/GORILLA FLICKS, to learn details about the planning, production and shooting of the show "SWERVED" and its relation to the conspiracy among employees, contractors and/or agents of URANUS/GORILLA FLICKS to assault and batter BULLARD.

g.      To request documentation from URANUS/GORILLA FLICKS relating to that certain agreement by and between URANUS/GORILLA FLICKS and WWE for the planning, production and shooting of the show "SWERVED".

Affidavit in Support of Response to Motion for Summary Judgment Pursuant to Fed.R.Civ.P. 56(D)
Anderson v. Bullard, et. al., Case No.: 8:18-cv-00901-MSS-AAS
Firm: torres|benet, p.a.; Atty: Mario E. Torres, Esq.

2

h.    To request documentation or other evidence from URANUS/GORILLA FLICKS which would show which WWE Superstars volunteered or contracted to be a part of the show "SWERVED".

i.    To request documentation or subpoena evidence from physicians for Plaintiff that detail the extent and nature of the injuries allegedly sustained by Plaintiff.

j.    To subpoena documents or other evidence which come to light during depositions or other discovery of plaintiff and other employees, contractors and/or agents of URANUS/GORILLA FLICKS who conspired to assault and batter BULLARD.

k.    To serve requests for admission on Plaintiff regarding the facts alleged.

Mario Torres *[signature of affiant]*

Mario Torres *[printed name]*

5308 Van Dyke Road
*[address of affiant, line 1]*

Lutz, FL 33558
*[address of affiant, line 2]*


Subscribed and sworn to before me, this 12th day of April, 2019.

NOTARY SEAL:

*[signature of Notary]*



Gregory Mescall
*[typed name of Notary]*


NOTARY PUBLIC STATE OF FLORIDA

My commission expires: December 13, 2020.


**[THIS SECTION INTENTIONALLY LEFT BLANK]**

Affidavit in Support of Response to Motion for Summary Judgment Pursuant to Fed.R.Civ.P. 56(D)
Anderson v. Bullard, et. al., Case No.: 8:18-cv-00901-MSS-AAS
Firm: torres|benet, p.a.; Atty: Mario E. Torres, Esq.

3