# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DONALD ANDERSON,          CASE NO.: 8:18-CV-00901-MSS-AAS

    Plaintiffs,

v.

THADDEUS MICHAEL BULLARD SR.
AKA TITUS O'NEIL AND WORLD
WRESTLING ENTERTAINMENT, INC.,

    Defendants.
_____/

## MOTION FOR SUBSTITUTION OF COUNSEL

Defendant World Wrestling Entertainment ("WWE"), requests that the Court substitute Daniel A. Shaprio, Esquire and Dorice Voecks, Esquire as counsel of record in place of Christopher Donegan, Esquire and Justin T. Saar, Esquire. Attorneys Donegan and Saar have changed law firms and practices, and WWE wishes for its representation to remain at his former firm and continue with attorneys Shapiro and Voecks.

Undersigned counsels certify that WWE provided express agreement and consent to this substitution.

Pursuant to Local Rule 3.01(g), opposing counsel has no objections to this substitution.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of April, 2019, a true and correct copy of the foregoing was filed with the United State District Court Middle District of Florida Tampa Division, which will send an automatic e-mail message to the following parties

registered with the e-Filing Portal system: Derek L. Metts, Esq., Metts Legal, P.A., derek.metts@mettslegal.com, 320 Maitland Avenue, Altamonte Springs, FL 32701, (321) 422-0430/(321) 422-0499 (F), Attorney for Plaintiff, Donald Anderson and Mario E. Torres, Esq., Torres Benet, eservice@torresbenet.com, 5308 Van Dyke Road, Lutz, FL 33558, (813) 963-7770, Attorney for Defendant, Thaddeus Michael Bullard.

        COLE, SCOTT & KISSANE, P.A.
        *Counsel for Defendant,* GEICO GENERAL
        INSURANCE COMPANY
        4301 West Boy Scout Boulevard
        Suite 400
        Tampa, Florida 33607
        Telephone (813) 864-9316
        Facsimile (813) 286-2900
        Primary e-mail: daniel.shapiro@csklegal.com
        Secondary e-mail: dorice.voecks@csklegal.com
        Alternate e-mail: keila.cruzcorrea@csklegal.com

By: /s/ Daniel Shaprio
    Daniel A. Shapiro
    Florida Bar No.: 965960
    Dorice R. Voecks
    Florida Bar No.: 117991

2138.0151-00