UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONALD ANDERSON,                              Case No.: 8:18-cv-00901-MSS-AAS

    Plaintiff,

vs.

THADDEUS MICHAEL BULLARD
SR. a/k/a TITUS O'NEIL; and WORLD
WRESTLING ENTERTAINMENT, INC.,

    Defendants.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, DONALD ANDERSON, through undersigned counsel and pursuant to Local Rule 3.08, hereby notifies the Court that the parties have settled this matter. Undersigned respectfully requests that the Court allow for the case to remain open for an additional thirty (30) days while the parties complete the terms of the settlement.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was served on this 13th day of May, 2019, through electronic mail to **Justin T. Saar, Esq.**, Cole, Scott & Kissane, P.A., 4301 West Boy Scout Boulevard, Suite 400, Tampa, Florida 33607, at dan.shapiro@csklegal.com, justin.saar@csklegal.com, and alice.hartranft@csklegal.com, *Counsel for Defendant*, WORLD WRESTLING ENTERTAINMENT, INC; and to **Mario E. Torres, Esq.**, Torres Benet, 5308 Van Dyke Road, Lutz, Florida 33558, at mariotorres@torresbenet.com and eservice@torresbenet.com, *Counsel for Defendant*, THADDEUS MICHAEL BULLARD SR. a/k/a TITUS O'NEIL.

By:/s/*Derek Metts*

**DEREK L. METTS**
FBN: 081708
**METTS LEGAL, P.A.**
320 Maitland Avenue
Altamonte Springs, Florida 32701
Tel:  321.422.0430
Fax: 321.422.0499
derek.metts@mettslegal.com
laura.dowdell@mettslegal.com
*Counsel for Donald Anderson*