UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DONALD ANDERSON,**

    Plaintiff,

v.   Case No: 8:18-cv-901-T-35AAS

**THADDEUS MICHAEL BULLARD, SR. and WORLD WRESTLING ENTERTAINMENT, INC.,**

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On May 13, 2019, Plaintiff filed a Notice of Settlement, informing the Court that the above-captioned case was settled. (Dkt. 68) Therefore, it is hereby **ORDERED** that pursuant to the Notice of Settlement and Rule 3.08 (b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of May, 2019.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any pro se party