UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONALD ANDERSON,   Case No.: 8:18-cv-00901-MSS-AAS

    Plaintiff,

vs.

THADDEUS MICHAEL BULLARD
SR. a/k/a TITUS O'NEIL; and WORLD
WRESTLING ENTERTAINMENT, INC.,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL OF COUNTER-CLAIM WITH PREJUDICE

**COMES NOW,** Defendant, THADDEUS MICHAEL BULLARD, SR., a/k/a TITUS O'NEIL, by and through the undersigned counsel, and hereby files this Notice of Voluntary Dismissal of Counter-Claim (Document 28) With Prejudice filed for the instant matter on June 19, 2018.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that a true copy of the foregoing was served on this 24th day of May, 2019 through E-Mail to the counsel for Plaintiff at the email address listed below.

Derek L. Metts
derek.metts@mettslegal.com
Metts Legal, P.A.
320 Maitland Avenue
Altamonte Springs, Florida 32701
Counsel for Plaintiff, Donald Anderson

    Respectfully Submitted,

/s/ Mario E. Torres, Esquire
**MARIO E. TORRES, ESQUIRE**
FLORIDA BAR NUMBER: 17908
mariotorres@torresbenet.com

5308 Van Dyke Road
Lutz, Florida 33558

813.963.7770 Office | Fax
E-Service: eservice@torresbenet.com
www.torresbenet.com
ATTORNEY FOR THE DEFENDANT, T.BULLARD